UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01907-LKK-EFB<br><br><u>CLASS ACTION</u><br><br>**AMENDED ORDER GRANTING THE PARTIES' JOINT STIPULATION MOVING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION DATE AND RELATED HEARING DATE**<br><br>The Hon. Lawrence K. Karlton |

The Court has reviewed the Parties' Joint Stipulation to Move Defendant's Opposition to Plaintiffs' Motion for Conditional Certification and Related Hearing Dates. Good cause having been shown thereby, the Court hereby orders:

1. U.S. Bank will take the depositions of Plaintiffs Heidi Miller and Jeanette Burnell on March 7th and 8th, respectively.

2. U.S. Bank's Opposition to Plaintiffs' Motion for Conditional Certification shall be filed by March 14, 2013.

3. The hearing on Plaintiffs' Motion for Conditional Certification, shall remain on March 25, 2013, at 10:00 a.m.

Dated: February 27, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT