Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorney for Plaintiffs and those similarly situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
shardy@sheppardmullin.com
HALI M. ANDERSON, Cal. Bar No. 261816
handerson@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:    619.234.3815

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

**IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 2:12-cv-01907-LKK-EFB<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>The Hon. Lawrence K. Karlton<br>Magistrate Judge Edmund F. Brennan |

The parties, by and through their attorneys of record, hereby stipulate and agree as follows, pursuant to Fed. R. Civ. P. 15(a)(2):

WHEREAS, on July 20, 2012, Plaintiff Karen Williams filed her initial complaint asserting claims under the Fair Labor Standards Act;

-1-

1    WHEREAS, Plaintiff filed her motion for conditional certification of her FLSA claims on
2    February 25, 2013;

3    WHEREAS, on June 20, 2013, the Court granted Plaintiff's motion for conditional
4    certification;

5    WHEREAS, Plaintiff distributed judicial notice to the FLSA Collective on July 11, 2013;

6    WHEREAS, additional Plaintiffs filed consent forms to join the case during the opt-in
7    period;

8    WHEREAS, Plaintiff seeks to amend her complaint to add additional opt-in Plaintiffs with
9    California state law claims;

10   WHEREAS, the parties met and conferred regarding the filing of the proposed First
11   Amended Complaint, attached as Exhibit A;

12   WHEREAS, Defendant maintains that the claims in the First Amended Complaint do not
13   have merit, but Defendant is nevertheless willing to allow the filing of the First Amended
14   Complaint;

15   WHEREAS, the parties agree that the applicable statutes of limitations will not relate back
16   to the filing of Plaintiff's original complaint; and

17   WHEREAS, the deadline for Plaintiff to amend her complaint and add parties is
18   November 8, 2013;

19   WHEREFORE, the parties hereby STIPULATE AND AGREE that Plaintiff may have
20   leave to file her First Amended Complaint, attached as Exhibit A.

21   Dated: November 8, 2013                **NICHOLS KASTER, LLP**

22                                          By:    /s/Matthew C. Helland
23                                                 Matthew C. Helland

24                                          Attorney for Plaintiff and Others Similarly Situated

25
     Dated: November 8, 2013                **SHEPPARD MULLIN RICHTER & HAMPTON**
26
                                            By:    s/Samantha Hardy (as authorized on 11/8/13)
27                                                 Samantha Hardy

28                                          Attorneys for Defendant

-2-

1  IT IS SO ORDERED.

2  Dated: November 15, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT