**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN WILLIAMS, SANDRA ADAMS, LISA CRAWFORD, DEBRA DUDLEY, KENNETH FREESTONE, CONNIE LEITING, MARIO MORA, JAMIE NOONAN-SILVA, KIMBERLY SEYMOUR, ERIC LUNN, VICTORIA CARLSON, and ALISON ANDREASON individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-50, inclusive,<br><br>            Defendants. | **Case No.: 2:12-cv-01907-EFB**<br><br>[~~PROPOSED~~] **ORDER GRANTING PRELIMINARY SETTLEMENT APPROVAL**<br><br>Date:   October 29, 2014<br>Time:   10:00 a.m.<br>Room: 8, 13th Floor |

Plaintiffs' Motion for Preliminary Settlement Approval came before the Court on October 29, 2014. Defendant did not oppose the Motion. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court hereby grants the Motion in full.

The Court finds, preliminarily, that certification of the proposed settlement classes is warranted.  The Court also finds, preliminarily, that the proposed settlement is fair, reasonable and adequate.  IT IS THEREFORE ORDERED that the Parties' Settlement Agreement, submitted as Exhibit A to the Declaration of Matthew Helland, is preliminarily approved. The Parties are directed to follow the timeline set out in the Settlement Agreement. Specifically:

- Plaintiffs are ORDERED to file their proposed Second Amended Complaint within three business days of the date of this Order.
- Defendant shall provide supplemental class data to Class Counsel within 14 days from this Order;
- Class Counsel shall inform the Claims Administrator of the Notice Allocation within 7 days of receiving that data;
- Class Notice shall be distributed by the Claims Administrator within 7 days of receiving that Allocation information;
- The Hearing on the Motion for Final Approval is set for March 18, 2015, at 10:00 a.m. in Courtroom 8.
- Plaintiffs shall file their Motion for Final Approval by February 18, 2015.

Dated: November 5, 2014.

EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California

-1-
[PROPOSED] ORDER GRANTING PRELIMINARY SETTLEMENT APPROVAL