Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
Dbrome@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and those similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN WILLIAMS, SANDRA ADAMS, LISA CRAWFORD, DEBRA DUDLEY, KENNETH FREESTONE, CONNIE LEITING, MARIO MORA, JAMIE NOONAN-SILVA, KIMBERLY SEYMOUR, ERIC LUNN, VICTORIA CARLSON, and ALISON ANDREASON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-50, inclusive,<br><br>Defendants. | No.  2:12-cv-01907-EFB<br><br>**DECLARATION OF MATTHEW HELLAND IN SUPPORT OF MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Date:      March 18, 2015<br>Time:     10:00 a.m.<br>Room:    8, 13th Floor |

1.     I am an attorney licensed to practice law in the State of California, and a partner at Nichols Kaster, LLP, Class Counsel in this matter. I make this declaration based on my personal knowledge, and could testify to the facts stated if called upon to do so.

2.     During the Notice Period, my firm has made numerous attempts to contact all of the FLSA Opt-in Plaintiffs who had not returned consent forms. Starting in mid-January, my firm contacted Plaintiffs by phone and email. At that point, twenty-six of the Opt-ins (including two who were not allocated any money because their claims were time-barred) had not responded to the Notice. Since then, twenty Opt-ins (including one Plaintiff with no money allocated) have returned consent forms. Five Plaintiffs who are entitled to payment under the settlement have not yet returned consent forms. My firm continues to try to reach these individuals.

3.     Following the close of the Notice Period, my firm prepared the Final Allocation, according to the terms of the settlement agreement. A true and correct copy of the Final Allocation is attached hereto as Exhibit A. The individual allocation amounts reflected in Exhibit A are the Class Members' **net** payments, **after** payment of attorneys' fees and costs. The average settlement payment is over $8,500; thirty-six class members will receive an allocation over $15,000.

4.     As noted in the Myette Declaration, one consent form was received that is currently incomplete, and one consent form was received after the close of the Notice Period. The Parties intend treat both claim forms as valid, and to pay those Class Members according to the Final Allocation. The incomplete form is from an FLSA Opt-in, and the untimely form is from an Additional FLSA Opt-in. We have also been contacted by one individual who was not part of the Settlement Class but who has a reasonable claim for participation. The Parties anticipate that this individual will be paid from the Reserve Fund.

5.     The Allocations used in this settlement were based on extensive reviews of payroll data, before and after mediation, covering all FLSA Opt-ins, Rule 23 Class Members, and Additional FLSA Opt-ins.

6.     Work performed by Nichols Kaster attorneys and legal staff is recorded contemporaneously using a timekeeping program called AdvantageLaw. I have reviewed the

1

hours billed to this case. In an exercise of billing judgment, I removed numerous entries and did not count hours billed by two timekeepers. After review, I determined that my firm reasonably spent more than 830 hours litigating this matter. At our current rates, the lodestar is $281,822.50; even using the outdated rates that were previously in effect, our lodestar is over $225,000.

7.    The majority of those 820 hours were billed by myself (304 hourus) and Daniel Brome, an associate (140 hours). I have been the primary attorney handling this case from its inception. I litigated conditional certification, prepared a fully-briefed summary judgment motion, mediated and settled the case, and handled voluminous discovery and multiple depositions. As discussed below, my firm has extensive experience in this area, and two other attorneys within the firm played smaller, but significant, roles in this litigation. Two other attorneys billed small amounts of time, which is excluded from the hours claimed in an exercise of billing judgment. In total, the attorney time billed so far is over 480 hours:

| Attorney | Hours | Rate |
| --- | --- | --- |
| Paul Lukas | 4.6 | 550 |
| Matthew Helland | 305 | 525 |
| Daniel Brome | 142 | 350 |
| Robert Schug | 29.9 | 300 |

8.    I have been practicing law for over eight years, seven of which have been in California. I was admitted to the Minnesota Bar in 2005, and the California Bar in 2007. I joined Nichols Kaster in 2005, and have been part of the firm's wage and hour practice since that time.

9.    I am a partner at Nichols Kaster. I have been named to the Rising Stars list, Northern California Super Lawyers, and San Francisco Magazine for the years 2012-2014. In addition to this case, I have significant experience litigating FLSA actions on behalf of mortgage underwriters, loan processors, and loan officers, including: *McKeen-Chaplin v. Provident Savings Bank, FSB*, No. 2:12-cv-03035-GEB-AC (E.D. Cal. Aug. 12, 2013) (granting conditional certification under the FLSA); *Gee v. Suntrust Mortg., Inc.,* 2011 WL 722111 (N.D. Cal. Feb. 18, 2011) (same); *Misra v. Decision One Mortg. Co., LLC,* 673 F. Supp. 2d 987 (C.D. Cal. 2008)

(same); *Wong v. HSBC Mortgage Corp. (USA),* 2008 WL 753889 (N.D. Cal. 2008); *Bollinger v. Residential Capital, LLC,* 863 F. Supp. 2d 1041 (W.D. Wash. 2012) (granting plaintiffs' motion for summary judgment on the administrative exemption and the good faith defense); *Wong v. HSBC Mortgage Corporation, et al.,* 2010 WL 3833661 (N.D. Cal., 2010) (September 29, 2010) (granting plaintiffs' motion for summary judgment on the administrative exemption, retail sales and services exemption, and professional exemption). My time was billed at $525/ hour.

10.     Paul Lukas was admitted to practice in 1991. He is a member of the bar in Minnesota and New York, and is admitted to practice in District Courts throughout the country. He has tried close to fifty cases to verdict, including two FLSA collective actions. He has represented underwriters and other employees in the mortgage industry in over forty cases.

11.     Robert Schug is a former Nichols Kaster associate, who now works for the Impact Fund. Mr. Schug was named a "Rising Star" by Northern California Super Lawyers Magazine and San Francisco Magazine in 2012 and 2013.

12.     Daniel Brome joined Nichols Kaster in 2014. He graduated from the University of California Berkeley School of Law in 2011 and was admitted to the California Bar that same year. He has been practicing employment and labor law since then.

13.     My firm also relies extensively on highly-skilled non-attorneys. In this case, non-attorney time accounted for 348 hours billed. Most of that time was billed by class action clerks.

| Position | Hours | Rate |
|----------|-------|------|
| Class action clerks | 201 | 175 |
| Paralegals | 94 | 175 |
| Damages expert | 53 | 175 |

14.     Several members of Nichols Kaster's legal staff performed billable work on this case. The hourly rate for these staff members was $175 throughout the litigation. These employees are integral to the success of a case such as this. The paralegals and class action clerks are talented and capable employees who are crucial to our success in prosecuting wage-and-hour actions with multiple plaintiffs.

3

15.     Our class action clerks perform several vital functions. First and foremost, they act as the conduit for information between our attorneys and clients. This responsibility begins prior to the filing of the complaint and continues throughout the litigation and even after settlement. In this role, the class action clerks are responsible for interviewing each client, updating the clients on the status of the case, scheduling and setting up meetings and depositions, and obtaining documents, including declarations, interrogatory responses, responses to document requests, and in the settlement context, releases and claim forms. Class action clerks also assist attorneys in review of documents, in drafting discovery responses and declarations, and in preparing for depositions and document productions.

16.     My Firm is currently lead or co-counsel in more than 120 class or collective actions in state and federal courts across the country. The Firm has been appointed class counsel or served as counsel for a FLSA collective in hundreds of class and collective actions throughout its years of practice.

17.     Nichols Kaster has represented loan processors and mortgage underwriters in litigation against more than a dozen financial companies, and are therefore well-versed in the legal and factual issues at play in this case. Recent cases in the financial industry include: *McKeen-Chaplin v. Provident Savings Bank, FSB*, No. 2:12-cv-03035-GEB0JFM (E.D. Cal. Aug. 12, 2013); *Latham v. Branch Banking & Trust Co.*, No. 1:12-cv-00007 (M.D.N.C. Nov. 13, 2012); *Heibel v. U.S. Bank, N.A.*, No. 11-00593, 2012 WL 4463771 (S.D. Ohio, Sept. 27, 2012); *Myles v. Prosperity Mortgage Co.*, No. Civ. CCB-11-1234, 2012 WL 1963390 (D. Md., May 31, 2012); *Swigart v. Fifth Third Bank*, 276 F.R.D. 210 (S.D. Ohio, Aug. 31, 2011) (granting conditional certification) and 288 F.R.D. 177 (S.D. Ohio 2012) (granting Rule 23 class certification); *Sliger v. Prospect Mortgage, LLC*, No. 11-465-LKK, 2011 WL 3747947 (E.D. Cal. Aug. 24, 2011).

18.     Class Counsel entered into a contingency fee agreement with many of the FLSA Opt-ins. This fee agreement entitles Class Counsel to seek attorneys' fees under fee shifting statutes, or to recover one-third of any settlement or judgment. Additionally, Class Counsel was obligated to advance all costs of this proceeding, and agreed to pay any adverse award of costs.

4

The fee agreement in this case is commonly used by Nichols Kaster in similar cases to recover unpaid wages.

19.     Because of this contingency fee arrangement, Class Counsel has not received any payment for the time spent litigating this case, nor have they received reimbursement for their out-of-pocket costs during the litigation. Class Counsel alone undertook the financial risk of potentially unsuccessful litigation.

20.     Large-scale wage-and-hour litigation is, by its very nature, complicated and time consuming. Whether handled on a class basis, collective basis, or as a series of individual claims, these actions are difficult and risky. Given the inherent risks, my firm would not have accepted a case such as this on anything other than a contingency fee basis. Likewise, it would have been difficult for Plaintiffs to retain counsel in any other arrangement, particularly considering the amount of damages at stake in relation to the costs of litigating this type of action.

21.     Nichols Kaster has litigated numerous wage-and-hour collective actions in which there was little or no recovery. For example, in *Epps v. Oak Street Mortgage, LLC*, the initial nationwide collective action was filed in February 2004. After the motion for conditional certification was denied, the plaintiffs filed 24 separate collective actions in district courts across the country. After more than three years of litigation, the defendant filed for Chapter 11 Bankruptcy relief and there was no recovery of attorneys' fees.

22.     At the time this case was filed, there was no indication that a settlement would be reached or that the outcome of litigation would be successful. Class Counsel has yet to be compensated for any time or expense since the litigation began.

23.     Class Counsel has incurred substantial out-of-pocket costs in bringing this action. These costs have been tracked within our Firm's accounting software. Attached hereto as Exhibit B is a true and correct copy of the costs report showing recoverable costs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2014                          s/ Matthew C. Helland
                                                  Matthew C. Helland

5

# EXHIBIT A

| Final Allocation | |
|---|---:|
| Claimed Funds: | $2,225,420.60 |
| Settlement Admin Fund: | $20,000.00 |
| Contingency Fund: | $5,000.00 |
| Costs: | $22,885.87 |
| Total Post-Fees Balance: | $2,273,306.47 |
| Extrapolated Fees: | $757,769.00 |
| **Gross Allocation:** | **$3,031,075.29** |

| RustID | EmployeeID | Sub-Class | Work State | Notice Allocation | Final Allocation |
|---|---|---|---|---|---|
| 00000482 | 353215 | Additional FLSA Claimants | COLORADO | $5,025.04 | $5,389.32 |
| 00000956 | 182035 | Additional FLSA Claimants | KENTUCKY | $15,667.09 | $16,802.84 |
| 00001052 | 374119 | Additional FLSA Claimants | KENTUCKY | $11,706.07 | $12,554.68 |
| 00002271 | 243626 | Additional FLSA Claimants | MISSOURI | $4,681.21 | $5,020.57 |
| 00002530 | 484336 | Additional FLSA Claimants | MISSOURI | $440.79 | $472.74 |
| 00002226 | 229012 | Additional FLSA Claimants | MISSOURI | $6,055.59 | $6,494.58 |
| 00000963 | 182226 | Additional FLSA Claimants | KENTUCKY | $16,058.11 | $17,222.21 |
| 00000741 | 470444 | Additional FLSA Claimants | COLORADO | $306.92 | $329.17 |
| 00002257 | 234076 | Additional FLSA Claimants | MISSOURI | $6,641.98 | $7,123.48 |
| 00000789 | 471924 | Additional FLSA Claimants | COLORADO | $3,647.86 | $3,912.30 |
| 00000840 | 481722 | Additional FLSA Claimants | COLORADO | $247.52 | $265.46 |
| 00000727 | 467184 | Additional FLSA Claimants | COLORADO | $2,735.69 | $2,934.01 |
| 00000468 | 111352 | Additional FLSA Claimants | COLORADO | $9,141.62 | $9,804.32 |
| 00002325 | 375417 | Additional FLSA Claimants | MISSOURI | $3,571.05 | $3,829.93 |
| 00000826 | 481490 | Additional FLSA Claimants | COLORADO | $360.61 | $386.75 |
| 00002233 | 229890 | Additional FLSA Claimants | MISSOURI | $2,161.66 | $2,318.37 |
| 00002400 | 450670 | Additional FLSA Claimants | MISSOURI | $5,699.39 | $6,112.56 |
| 00000581 | 428861 | Additional FLSA Claimants | COLORADO | $1,641.76 | $1,760.78 |
| 00001038 | 365336 | Additional FLSA Claimants | KENTUCKY | $3,960.98 | $4,248.12 |
| 00000833 | 481660 | Additional FLSA Claimants | COLORADO | $1,550.37 | $1,662.76 |
| 00000819 | 481487 | Additional FLSA Claimants | COLORADO | $1,662.97 | $1,783.52 |
| 00000918 | 178991 | Additional FLSA Claimants | KENTUCKY | $9,305.98 | $9,980.60 |
| 00002394 | 427509 | Additional FLSA Claimants | MISSOURI | $3,953.42 | $4,240.01 |
| 00000758 | 470578 | Additional FLSA Claimants | COLORADO | $3,810.24 | $4,086.46 |
| 00001076 | 380466 | Additional FLSA Claimants | KENTUCKY | $4,162.73 | $4,464.50 |
| 00000635 | 451642 | Additional FLSA Claimants | COLORADO | $976.74 | $1,047.55 |
| 00001021 | 346463 | Additional FLSA Claimants | KENTUCKY | $7,734.70 | $8,295.41 |
| 00002516 | 483851 | Additional FLSA Claimants | MISSOURI | $382.61 | $410.35 |
| 00002202 | 122921 | Additional FLSA Claimants | MISSOURI | $3,134.85 | $3,362.10 |
| 00000529 | 394952 | Additional FLSA Claimants | COLORADO | $669.64 | $718.18 |
| 00002370 | 412086 | Additional FLSA Claimants | MISSOURI | $6,278.68 | $6,733.84 |
| 00002349 | 405258 | Additional FLSA Claimants | MISSOURI | $2,210.16 | $2,370.38 |
| 00000796 | 472742 | Additional FLSA Claimants | COLORADO | $4,029.62 | $4,321.74 |
| 00002332 | 403303 | Additional FLSA Claimants | MISSOURI | $2,937.25 | $3,150.18 |
| 00000499 | 378881 | Additional FLSA Claimants | COLORADO | $7,589.61 | $8,139.80 |
| 00000772 | 471856 | Additional FLSA Claimants | COLORADO | $4,000.33 | $4,290.33 |
| 00000543 | 405504 | Additional FLSA Claimants | COLORADO | $8,034.79 | $8,617.26 |
| 00002448 | 470596 | Additional FLSA Claimants | MISSOURI | $3,298.43 | $3,537.54 |
| 00002585 | 489260 | Additional FLSA Claimants | MISSOURI | $134.73 | $144.50 |
| 00002561 | 487301 | Additional FLSA Claimants | MISSOURI | $413.85 | $443.85 |
| 00002240 | 230357 | Additional FLSA Claimants | MISSOURI | $7,746.00 | $8,307.53 |
| 00000628 | 449734 | Additional FLSA Claimants | COLORADO | $5,902.22 | $6,330.09 |
| 00000871 | 176275 | Additional FLSA Claimants | KENTUCKY | $8,094.23 | $8,681.00 |
| 00000093 | 385818 | FLSA Opt-Ins | | $70,781.14 | $75,912.27 |
| 00001991 | 452788 | FLSA Opt-Ins | | $9,283.36 | $9,956.34 |
| 00000567 | 411561 | FLSA Opt-Ins | | $15,269.11 | $16,376.01 |

| RustID | EmployeeID | Sub-Class | Work State | Notice Allocation | Final Allocation |
|---|---|---|---|---|---|
| 00003643 | 463193 | FLSA Opt-Ins | | $2,049.87 | $2,198.47 |
| 00003650 | 211696 | FLSA Opt-Ins | | $9,547.60 | $10,239.73 |
| 00001922 | 450212 | FLSA Opt-Ins | | $6,141.44 | $6,586.65 |
| 00003162 | 126096 | FLSA Opt-Ins | | $12,181.43 | $13,064.50 |
| 00000598 | 444751 | FLSA Opt-Ins | | $7,060.56 | $7,572.40 |
| 00003704 | 432890 | FLSA Opt-Ins | | $3,242.59 | $3,477.65 |
| 00003711 | 232352 | FLSA Opt-Ins | | $5,704.19 | $6,117.70 |
| 00003728 | 417857 | FLSA Opt-Ins | | $11,974.78 | $12,842.87 |
| 00001502 | 300157 | FLSA Opt-Ins | | $4,511.16 | $4,838.19 |
| 00000383 | 462982 | FLSA Opt-Ins | | $15,348.71 | $16,461.38 |
| 00003759 | 412231 | FLSA Opt-Ins | | $1,301.92 | $1,396.30 |
| 00003346 | 379297 | FLSA Opt-Ins | | $5,374.68 | $5,764.31 |
| 00000536 | 405358 | FLSA Opt-Ins | | $13,104.78 | $14,054.78 |
| 00000338 | 447646 | FLSA Opt-Ins | | $23,901.94 | $25,634.66 |
| 00000161 | 400867 | FLSA Opt-Ins | | $40,445.74 | $43,377.77 |
| 00003827 | 462375 | FLSA Opt-Ins | | $8,007.96 | $8,588.48 |
| 00002417 | 456222 | FLSA Opt-Ins | | $6,515.91 | $6,988.27 |
| 00003841 | 284565 | FLSA Opt-Ins | | $24,351.93 | $26,117.27 |
| 00000291 | 430295 | FLSA Opt-Ins | | $27,590.25 | $29,590.35 |
| 00003339 | 375120 | FLSA Opt-Ins | | $8,204.60 | $8,799.38 |
| 00003872 | 249590 | FLSA Opt-Ins | | $2,105.93 | $2,258.60 |
| 00000239 | 421989 | FLSA Opt-Ins | | $95,812.61 | $102,758.35 |
| 00000475 | 263923 | FLSA Opt-Ins | | $1,273.69 | $1,366.02 |
| 00001069 | 377154 | FLSA Opt-Ins | | $19,461.86 | $20,872.71 |
| 00000604 | 448153 | FLSA Opt-Ins | | $3,941.93 | $4,227.69 |
| 00000123 | 397909 | FLSA Opt-Ins | | $5,015.10 | $5,378.66 |
| 00001083 | 415511 | FLSA Opt-Ins | | $13,254.46 | $14,215.32 |
| 00001410 | 210559 | FLSA Opt-Ins | | $15,314.74 | $16,424.95 |
| 00001199 | 194942 | FLSA Opt-Ins | | $12,857.73 | $13,789.83 |
| 00003971 | 378761 | FLSA Opt-Ins | | $5,830.60 | $6,253.28 |
| 00003988 | 385969 | FLSA Opt-Ins | | $10,577.32 | $11,344.10 |
| 00003995 | 308895 | FLSA Opt-Ins | | $8,662.21 | $9,290.16 |
| 00000130 | 399885 | FLSA Opt-Ins | | $39,691.21 | $42,568.54 |
| 00000642 | 455436 | FLSA Opt-Ins | | $7,260.10 | $7,786.41 |
| 00004022 | 202972 | FLSA Opt-Ins | | $904.95 | $970.55 |
| 00000185 | 405527 | FLSA Opt-Ins | | $44,557.90 | $47,788.03 |
| 00004046 | 384809 | FLSA Opt-Ins | | $4,535.38 | $4,864.16 |
| 00000154 | 400751 | FLSA Opt-Ins | | $23,902.39 | $25,635.14 |
| 00000321 | 435440 | FLSA Opt-Ins | | $5,061.03 | $5,427.92 |
| 00000697 | 464808 | FLSA Opt-Ins | | $6,289.78 | $6,745.74 |
| 00004084 | 249336 | FLSA Opt-Ins | | $4,206.86 | $4,511.83 |
| 00004091 | 386138 | FLSA Opt-Ins | | $543.28 | $582.66 |
| 00004107 | 402201 | FLSA Opt-Ins | | $4,199.48 | $4,503.91 |
| 00001823 | 425616 | FLSA Opt-Ins | | $16,909.61 | $18,135.44 |
| 00004121 | 449338 | FLSA Opt-Ins | | $7,612.49 | $8,164.34 |
| 00000048 | 316136 | FLSA Opt-Ins | | $66,125.67 | $70,919.32 |

| RustID | EmployeeID | Sub-Class | Work State | Notice Allocation | Final Allocation |
|---|---|---|---|---|---|
| 00004145 | 405658 | FLSA Opt-Ins | | $3,369.73 | $3,614.01 |
| 00000246 | 423279 | FLSA Opt-Ins | | $6,274.84 | $6,729.72 |
| 00001632 | 384331 | FLSA Opt-Ins | | $9,825.75 | $10,538.05 |
| 00003476 | 447470 | FLSA Opt-Ins | | $6,759.87 | $7,249.91 |
| 00000659 | 457642 | FLSA Opt-Ins | | $10,911.21 | $11,702.20 |
| 00000178 | 400938 | FLSA Opt-Ins | | $22,736.46 | $24,384.69 |
| 00004213 | 423985 | FLSA Opt-Ins | | $397.78 | $426.62 |
| 00000314 | 432092 | FLSA Opt-Ins | | $29,861.44 | $32,026.18 |
| 00000574 | 424447 | FLSA Opt-Ins | | $7,884.09 | $8,455.63 |
| 00004244 | 423673 | FLSA Opt-Ins | | $14,198.61 | $15,227.91 |
| 00000147 | 400330 | FLSA Opt-Ins | | $45,919.48 | $49,248.32 |
| 00003254 | 336985 | FLSA Opt-Ins | | $13,743.49 | $14,739.80 |
| 00004275 | 350035 | FLSA Opt-Ins | | $4,818.42 | $5,167.72 |
| 00000116 | 394233 | FLSA Opt-Ins | | $112,415.38 | $120,564.71 |
| 00004299 | 405471 | FLSA Opt-Ins | | $6,311.80 | $6,769.36 |
| 00000550 | 406872 | FLSA Opt-Ins | | $10,707.37 | $11,483.58 |
| 00004312 | 406638 | FLSA Opt-Ins | | $6,045.77 | $6,484.05 |
| 00004336 | 126850 | FLSA Opt-Ins | | $444.22 | $476.42 |
| 00003209 | 177543 | FLSA Opt-Ins | | $5,716.50 | $6,130.91 |
| 00004350 | 407903 | FLSA Opt-Ins | | $17,404.54 | $18,666.25 |
| 00004367 | 445121 | FLSA Opt-Ins | | $3,743.10 | $4,014.45 |
| 00000376 | 458085 | FLSA Opt-Ins | | $17,822.31 | $19,114.30 |
| 00004381 | 420035 | FLSA Opt-Ins | | $22,097.68 | $23,699.61 |
| 00000086 | 385491 | FLSA Opt-Ins | | $26,011.72 | $27,897.39 |
| 00001649 | 384417 | FLSA Opt-Ins | | $10,726.13 | $11,503.70 |
| 00000222 | 420931 | FLSA Opt-Ins | | $37,726.06 | $40,460.93 |
| 00003018 | 370385 | FLSA Opt-Ins | | $8,527.83 | $9,146.04 |
| 00002356 | 408881 | FLSA Opt-Ins | | $15,941.25 | $17,096.88 |
| 00004442 | 405072 | FLSA Opt-Ins | | $14,795.40 | $15,867.96 |
| 00004459 | 405299 | FLSA Opt-Ins | | $0.00 | $0.00 |
| 00004466 | 420018 | FLSA Opt-Ins | | $9,768.19 | $10,476.31 |
| 00001045 | 373377 | FLSA Opt-Ins | | $2,229.72 | $2,391.36 |
| 00003889 | 250110 | FLSA Opt-Ins | | $6,041.16 | $6,479.10 |
| 00004480 | 406041 | FLSA Opt-Ins | | $3,956.69 | $4,243.52 |
| 00001090 | 429274 | FLSA Opt-Ins | | $24,689.59 | $26,479.41 |
| 00004503 | 141415 | FLSA Opt-Ins | | $20,788.78 | $22,295.82 |
| 00000109 | 390207 | FLSA Opt-Ins | | $19,126.93 | $20,513.50 |
| 00000277 | 425237 | FLSA Opt-Ins | | $5,924.58 | $6,354.07 |
| 00000512 | 393120 | FLSA Opt-Ins | | $5,717.15 | $6,131.60 |
| 00001533 | 324933 | Rule 23 | MINNESOTA | $3,275.69 | $3,513.15 |
| 00002646 | 203015 | Rule 23 | NORTH DAKOTA | $4,671.56 | $5,010.22 |
| 00001212 | 197284 | Rule 23 | MINNESOTA | $279.97 | $300.27 |
| 00002011 | 454896 | Rule 23 | MINNESOTA | $1,677.32 | $1,798.91 |
| 00001137 | 151344 | Rule 23 | MINNESOTA | $2,283.75 | $2,449.31 |
| 00002004 | 453554 | Rule 23 | MINNESOTA | $2,239.32 | $2,401.65 |
| 00001816 | 424880 | Rule 23 | MINNESOTA | $2,525.36 | $2,708.43 |

| RustID | EmployeeID | Sub-Class | Work State | Notice Allocation | Final Allocation |
|---|---|---|---|---|---|
| 00002639 | 201431 | Rule 23 | NORTH DAKOTA | $3,013.04 | $3,231.46 |
| 00002875 | 249531 | Rule 23 | NORTH DAKOTA | $3,695.74 | $3,963.66 |
| 00003537 | 458613 | Rule 23 | OHIO | $6,429.08 | $6,895.14 |
| 00002745 | 247848 | Rule 23 | NORTH DAKOTA | $3,926.60 | $4,211.25 |
| 00002615 | 199824 | Rule 23 | NORTH DAKOTA | $3,020.05 | $3,238.98 |
| 00002929 | 249834 | Rule 23 | NORTH DAKOTA | $3,316.93 | $3,557.38 |
| 00002943 | 249969 | Rule 23 | NORTH DAKOTA | $3,727.54 | $3,997.76 |
| 00001601 | 368133 | Rule 23 | MINNESOTA | $257.28 | $275.93 |
| 00003544 | 459125 | Rule 23 | OHIO | $4,364.38 | $4,680.77 |
| 00000352 | 451725 | Rule 23 | CALIFORNIA | $12,599.70 | $13,513.09 |
| 00000192 | 405878 | Rule 23 | CALIFORNIA | $23,255.74 | $24,941.62 |
| 00000024 | 297934 | Rule 23 | CALIFORNIA | $7,131.30 | $7,648.27 |
| 00000017 | 295659 | Rule 23 | CALIFORNIA | $3,283.25 | $3,521.26 |
| 00000437 | 487757 | Rule 23 | CALIFORNIA | $1,182.10 | $1,267.79 |
| 00002806 | 248662 | Rule 23 | NORTH DAKOTA | $3,319.25 | $3,559.87 |
| 00001663 | 384833 | Rule 23 | MINNESOTA | $3,477.25 | $3,729.33 |
| 00003438 | 428096 | Rule 23 | OHIO | $9,695.67 | $10,398.54 |
| 00001618 | 373548 | Rule 23 | MINNESOTA | $4,007.04 | $4,297.52 |
| 00001250 | 200882 | Rule 23 | MINNESOTA | $3,575.50 | $3,834.70 |
| 00003223 | 334153 | Rule 23 | OHIO | $8,498.85 | $9,114.96 |
| 00003421 | 427958 | Rule 23 | OHIO | $2,390.00 | $2,563.26 |
| 00001182 | 194914 | Rule 23 | MINNESOTA | $4,093.79 | $4,390.56 |
| 00002981 | 339816 | Rule 23 | NORTH DAKOTA | $4,132.61 | $4,432.19 |
| 00001397 | 208230 | Rule 23 | MINNESOTA | $1,167.38 | $1,252.01 |
| 00000208 | 407645 | Rule 23 | CALIFORNIA | $22,291.31 | $23,907.27 |
| 00002653 | 203231 | Rule 23 | NORTH DAKOTA | $3,438.35 | $3,687.61 |
| 00002844 | 249262 | Rule 23 | NORTH DAKOTA | $3,611.09 | $3,872.87 |
| 00000369 | 453883 | Rule 23 | CALIFORNIA | $12,260.40 | $13,149.19 |
| 00003001 | 350686 | Rule 23 | NORTH DAKOTA | $3,839.51 | $4,117.85 |
| 00001304 | 202465 | Rule 23 | MINNESOTA | $3,644.58 | $3,908.79 |
| 00003506 | 454932 | Rule 23 | OHIO | $1,309.81 | $1,404.76 |
| 00002103 | 471121 | Rule 23 | MINNESOTA | $1,688.54 | $1,810.95 |
| 00001403 | 210509 | Rule 23 | MINNESOTA | $2,218.22 | $2,379.03 |
| 00003391 | 392721 | Rule 23 | OHIO | $4,422.79 | $4,743.41 |
| 00003261 | 338830 | Rule 23 | OHIO | $6,637.72 | $7,118.91 |
| 00003384 | 390184 | Rule 23 | OHIO | $9,322.05 | $9,997.83 |
| 00001311 | 204171 | Rule 23 | MINNESOTA | $4,504.47 | $4,831.01 |
| 00002660 | 203910 | Rule 23 | NORTH DAKOTA | $3,677.92 | $3,944.54 |
| 00003063 | 419563 | Rule 23 | NORTH DAKOTA | $1,346.68 | $1,444.31 |
| 00003551 | 467962 | Rule 23 | OHIO | $1,529.82 | $1,640.72 |
| 00003414 | 406036 | Rule 23 | OHIO | $9,696.96 | $10,399.92 |
| 00002899 | 249694 | Rule 23 | NORTH DAKOTA | $2,507.86 | $2,689.66 |
| 00003179 | 126638 | Rule 23 | OHIO | $7,847.42 | $8,416.30 |
| 00003056 | 417561 | Rule 23 | NORTH DAKOTA | $3,280.02 | $3,517.80 |
| 00003247 | 335322 | Rule 23 | OHIO | $4,221.28 | $4,527.29 |
| 00002868 | 249462 | Rule 23 | NORTH DAKOTA | $2,088.67 | $2,240.08 |

| RustID | EmployeeID | Sub-Class | Work State | Notice Allocation | Final Allocation |
|---|---|---|---|---|---|
| 00002752 | 247983 | Rule 23 | NORTH DAKOTA | $3,802.28 | $4,077.92 |
| 00003490 | 454910 | Rule 23 | OHIO | $4,002.77 | $4,292.94 |
| 00002684 | 209498 | Rule 23 | NORTH DAKOTA | $1,828.12 | $1,960.65 |
| 00003155 | 122903 | Rule 23 | OHIO | $10,735.59 | $11,513.85 |
| 00002974 | 336410 | Rule 23 | NORTH DAKOTA | $3,519.80 | $3,774.96 |
| 00002042 | 459114 | Rule 23 | MINNESOTA | $180.48 | $193.56 |
| 00001519 | 314423 | Rule 23 | MINNESOTA | $3,210.55 | $3,443.29 |
| 00000062 | 380045 | Rule 23 | CALIFORNIA | $3,538.61 | $3,795.13 |
| 00002707 | 215834 | Rule 23 | NORTH DAKOTA | $1,583.44 | $1,698.23 |
| 00002837 | 249230 | Rule 23 | NORTH DAKOTA | $4,677.79 | $5,016.90 |
| 00002677 | 208812 | Rule 23 | NORTH DAKOTA | $3,861.67 | $4,141.61 |
| 00002028 | 455901 | Rule 23 | MINNESOTA | $2,584.43 | $2,771.78 |
| 00001830 | 426346 | Rule 23 | MINNESOTA | $3,005.67 | $3,223.56 |
| 00002769 | 248137 | Rule 23 | NORTH DAKOTA | $3,457.65 | $3,708.30 |
| 00002813 | 248668 | Rule 23 | NORTH DAKOTA | $3,333.79 | $3,575.47 |
| 00002936 | 249851 | Rule 23 | NORTH DAKOTA | $3,213.94 | $3,446.93 |
| 00003070 | 426783 | Rule 23 | NORTH DAKOTA | $3,489.69 | $3,742.67 |
| 00003094 | 451320 | Rule 23 | NORTH DAKOTA | $2,252.47 | $2,415.76 |
| 00002592 | 197191 | Rule 23 | NORTH DAKOTA | $2,018.89 | $2,165.25 |
| 00002967 | 315841 | Rule 23 | NORTH DAKOTA | $3,873.47 | $4,154.27 |
| 00002158 | 485313 | Rule 23 | MINNESOTA | $306.43 | $328.64 |
| 00001809 | 423841 | Rule 23 | MINNESOTA | $1,531.42 | $1,642.44 |
| 00003322 | 374388 | Rule 23 | OHIO | $9,668.74 | $10,369.66 |
| 00000390 | 485411 | Rule 23 | CALIFORNIA | $1,610.16 | $1,726.89 |
| 00003049 | 390853 | Rule 23 | NORTH DAKOTA | $2,450.32 | $2,627.95 |
| 00001243 | 200718 | Rule 23 | MINNESOTA | $1,245.33 | $1,335.61 |
| 00003469 | 446652 | Rule 23 | OHIO | $6,716.91 | $7,203.84 |
| 00001144 | 169707 | Rule 23 | MINNESOTA | $1,255.39 | $1,346.40 |
| 00003032 | 388187 | Rule 23 | NORTH DAKOTA | $3,389.90 | $3,635.64 |
| 00003407 | 393365 | Rule 23 | OHIO | $9,857.85 | $10,572.47 |
| 00003100 | 107593 | Rule 23 | OHIO | $10,387.83 | $11,140.88 |
| 00001748 | 406806 | Rule 23 | MINNESOTA | $3,824.20 | $4,101.43 |
| 00002714 | 247068 | Rule 23 | NORTH DAKOTA | $4,056.35 | $4,350.41 |
| 00001328 | 205145 | Rule 23 | MINNESOTA | $463.73 | $497.35 |
| 00002608 | 199140 | Rule 23 | NORTH DAKOTA | $1,389.20 | $1,489.91 |
| 00001779 | 416542 | Rule 23 | MINNESOTA | $2,652.55 | $2,844.84 |
| 00003599 | 487352 | Rule 23 | OHIO | $411.86 | $441.72 |
| 00001427 | 213104 | Rule 23 | MINNESOTA | $2,923.42 | $3,135.35 |
| 00001885 | 448247 | Rule 23 | MINNESOTA | $2,047.06 | $2,195.46 |
| 00001854 | 439114 | Rule 23 | MINNESOTA | $359.38 | $385.43 |
| 00001724 | 405304 | Rule 23 | MINNESOTA | $3,914.74 | $4,198.53 |
| 00003025 | 386305 | Rule 23 | NORTH DAKOTA | $2,602.58 | $2,791.25 |
| 00001380 | 207329 | Rule 23 | MINNESOTA | $2,073.57 | $2,223.89 |
| 00003148 | 118884 | Rule 23 | OHIO | $3,874.61 | $4,155.49 |
| 00002882 | 249630 | Rule 23 | NORTH DAKOTA | $634.92 | $680.95 |
| 00001335 | 205148 | Rule 23 | MINNESOTA | $2,882.54 | $3,091.50 |

| RustID | EmployeeID | Sub-Class | Work State | Notice Allocation | Final Allocation |
|---|---|---|---|---|---|
| 00002059 | 461362 | Rule 23 | MINNESOTA | $2,512.29 | $2,694.41 |
| 00000079 | 384310 | Rule 23 | CALIFORNIA | $23,276.19 | $24,963.55 |
| 00002950 | 250063 | Rule 23 | NORTH DAKOTA | $4,287.66 | $4,598.48 |
| 00002622 | 200778 | Rule 23 | NORTH DAKOTA | $4,210.67 | $4,515.91 |
| 00002783 | 248323 | Rule 23 | NORTH DAKOTA | $4,131.78 | $4,431.31 |
| 00003117 | 114558 | Rule 23 | OHIO | $2,562.09 | $2,747.82 |
| 00002738 | 247837 | Rule 23 | NORTH DAKOTA | $2,262.39 | $2,426.40 |
| 00001175 | 194875 | Rule 23 | MINNESOTA | $1,144.71 | $1,227.69 |
| 00002691 | 211038 | Rule 23 | NORTH DAKOTA | $3,688.77 | $3,956.18 |
| 00003445 | 428330 | Rule 23 | OHIO | $10,174.38 | $10,911.95 |
| 00000345 | 447706 | Rule 23 | CALIFORNIA | $15,430.38 | $16,548.97 |
| 00003131 | 117109 | Rule 23 | OHIO | $3,994.55 | $4,284.13 |
| 00002820 | 249204 | Rule 23 | NORTH DAKOTA | $2,795.65 | $2,998.32 |
| 00003605 | 489297 | Rule 23 | OHIO | $108.94 | $116.84 |
| 00002776 | 248228 | Rule 23 | NORTH DAKOTA | $571.34 | $612.76 |
| 00001717 | 396407 | Rule 23 | MINNESOTA | $2,066.13 | $2,215.91 |
| 00001267 | 200957 | Rule 23 | MINNESOTA | $2,728.08 | $2,925.85 |
| 00003353 | 382805 | Rule 23 | OHIO | $1,055.21 | $1,131.71 |
| 00001458 | 216504 | Rule 23 | MINNESOTA | $3,894.61 | $4,176.94 |
| 00001625 | 376175 | Rule 23 | MINNESOTA | $1,662.69 | $1,783.22 |
| 00001441 | 215437 | Rule 23 | MINNESOTA | $3,389.18 | $3,634.87 |
| 00000260 | 425123 | Rule 23 | CALIFORNIA | $8,819.19 | $9,458.52 |
| 00001946 | 450263 | Rule 23 | MINNESOTA | $3,603.54 | $3,864.77 |
| 00001861 | 442485 | Rule 23 | MINNESOTA | $2,399.56 | $2,573.51 |
| 00002165 | 485998 | Rule 23 | MINNESOTA | $93.32 | $100.08 |
| 00000055 | 344387 | Rule 23 | CALIFORNIA | $6,743.67 | $7,232.54 |
| 00003582 | 484307 | Rule 23 | OHIO | $772.64 | $828.65 |
| 00001472 | 248472 | Rule 23 | MINNESOTA | $553.73 | $593.87 |
| 00003377 | 386376 | Rule 23 | OHIO | $2,513.85 | $2,696.09 |

# EXHIBIT B

| Date | Work_Description_(m) | Hours | Rate | Amount |
|------|---------------------|-------|------|--------|
| 7/16/2012 | Check issued to Robert Schug - Mileage reimbursement | 0 | 0 | $109.22 |
| 7/16/2012 | Check issued to Robert Schug - Parking reimbursement | 0 | 0 | $32.00 |
| 7/23/2012 | Press Release 07/23/2012 | 0 | 0 | $231.25 |
| 7/31/2012 | Check issued to American Express - CA District Court filing fee | 0 | 0 | $350.00 |
| 7/31/2012 | Photocopies | 0 | 0.25 | $15.00 |
| 8/3/2012 | Check issued to Ace Attorney Service, Inc - SF courier service - US | 0 | 0 | $252.00 |
| 8/4/2012 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.00 |
| 8/22/2012 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.95 |
| 8/28/2012 | PACER | 0 | 0 | $1.10 |
| 8/31/2012 | Postage | 0 | 0 | $20.45 |
| 8/31/2012 | Photocopies | 0 | 0.25 | $2.00 |
| 9/5/2012 | Check issued to Ace Attorney Service, Inc - SF courier service - US | 0 | 0 | $251.00 |
| 9/13/2012 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $0.98 |
| 9/19/2012 | Check issued to Ace Attorney Service, Inc - SF courier service - US | 0 | 0 | $250.00 |
| 9/28/2012 | Postage | 0 | 0 | $1.35 |
| 10/9/2012 | Check issued to Matthew Helland - Parking reimbursement | 0 | 0 | $9.00 |
| 10/9/2012 | Check issued to Matthew Helland - Mileage reimbursement | 0 | 0 | $112.67 |
| 10/9/2012 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $8.69 |
| 10/9/2012 | Check issued to Matthew Helland - Tolls reimbursement | 0 | 0 | $8.00 |
| 10/10/2012 | Check issued to Federal Express - SF weekly shipping - DD | 0 | 0 | $34.16 |
| 10/11/2012 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.12 |
| 10/15/2012 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.35 |
| 10/31/2012 | Postage | 0 | 0 | $1.10 |
| 11/5/2012 | Check issued to Google.com - Google adwords | 0 | 0 | $12.69 |
| 11/9/2012 | Westlaw | 0 | 0 | $100.00 |
| 11/14/2012 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $0.81 |
| 11/20/2012 | PACER | 0 | 0 | $2.20 |
| 11/30/2012 | Postage | 0 | 0 | $0.45 |
| 11/30/2012 | Postage | 0 | 0 | $11.50 |
| 12/4/2012 | Check issued to Google.com - Google adwords | 0 | 0 | $19.13 |
| 12/26/2012 | Check issued to Matthew Helland - Flight reimbursement | 0 | 0 | $244.60 |
| 12/31/2012 | Postage | 0 | 0 | $0.45 |
| 12/31/2012 | Postage | 0 | 0 | $0.45 |
| 1/3/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $6.86 |
| 1/6/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $7.20 |
| 1/8/2013 | Check issued to Matthew Helland - Mileage reimbursement | 0 | 0 | $116.55 |
| 1/8/2013 | Check issued to Matthew Helland - Parking reimbursement | 0 | 0 | $8.00 |
| 1/8/2013 | Check issued to Matthew Helland - Hotel reimbursement | 0 | 0 | $280.53 |
| 1/8/2013 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $43.19 |
| 1/9/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $3.99 |
| 1/12/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $4.70 |
| 1/16/2013 | Check issued to Matthew Helland - Rental car reimbursement | 0 | 0 | $133.84 |
| 1/16/2013 | Check issued to Matthew Helland - Hotel reimbursement | 0 | 0 | $508.02 |
| 1/16/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $3.59 |
| 1/17/2013 | Check issued to Matthew Helland - Flight change fee reimbursement | 0 | 0 | $94.00 |
| 1/17/2013 | Check issued to Matthew Helland - Cab fare reimbursement | 0 | 0 | $58.15 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 1/17/2013 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $26.50 |
| 1/21/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $3.44 |
| 1/23/2013 | Check issued to Federal Express - SF weekly shipping - MCH in San | 0 | 0 | $83.04 |
| 1/25/2013 | Check issued to Atkinson-Baker, Inc - Transcript copies - Karen | 0 | 0 | $980.00 |
| 1/27/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $4.68 |
| 1/30/2013 | Check issued to Legalink, Inc - Transcript copies - Lisa Park, William | 0 | 0 | $1,058.33 |
| 1/30/2013 | Check issued to Legalink, Inc - Transcript copies - Alan, Lisa | 0 | 0 | $2,922.90 |
| 1/31/2013 | Postage | 0 | 0 | $9.93 |
| 1/31/2013 | Photocopies | 4 | 0.25 | $1.00 |
| 2/2/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.20 |
| 2/5/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $7.69 |
| 2/6/2013 | Check issued to Federal Express - Mpls weekly shipping - Karen | 0 | 0 | $69.47 |
| 2/6/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $5.92 |
| 2/12/2013 | Westlaw | 0 | 0 | $100.00 |
| 2/15/2013 | Check issued to Minnesota Supreme Court - CPZ COGS | 0 | 0 | $25.00 |
| 2/20/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.08 |
| 2/26/2013 | Check issued to Matthew Helland - Mileage reimbursement | 0 | 0 | $143.51 |
| 2/26/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $1.19 |
| 2/26/2013 | PACER | 0 | 0 | $0.90 |
| 2/27/2013 | Check issued to Matthew Helland - Rental car reimbursement | 0 | 0 | $131.12 |
| 2/27/2013 | Check issued to Matthew Helland - Hotel reimbursement | 0 | 0 | $368.62 |
| 2/27/2013 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $143.70 |
| 2/27/2013 | Check issued to Matthew Helland - Cab fare reimbursement | 0 | 0 | $45.50 |
| 2/28/2013 | Postage | 0 | 0 | $1.52 |
| 2/28/2013 | Postage | 0 | 0 | $10.30 |
| 3/5/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $3.61 |
| 3/6/2013 | Check issued to Matthew Helland - Flight cancellation fee | 0 | 0 | $75.00 |
| 3/6/2013 | Check issued to Matthew Helland - Flight reimbursement | 0 | 0 | $256.80 |
| 3/6/2013 | Check issued to Matthew Helland - Flight reimbursement | 0 | 0 | $239.80 |
| 3/6/2013 | Check issued to Federal Express - SF weekly shipping - USDC | 0 | 0 | $16.51 |
| 3/7/2013 | Check issued to Atkinson-Baker, Inc - Transcript copies - Sandra | 0 | 0 | $667.30 |
| 3/8/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $13.46 |
| 3/8/2013 | Check issued to Atkinson-Baker, Inc - Transcript copies - Jamie | 0 | 0 | $647.30 |
| 3/8/2013 | Westlaw | 0 | 0 | $100.00 |
| 3/11/2013 | PACER | 0 | 0 | $1.50 |
| 3/13/2013 | Check issued to Atkinson-Baker, Inc - Transcript copies - Heidi Miller | 0 | 0 | $788.20 |
| 3/15/2013 | Check issued to Atkinson-Baker, Inc - Transcript copies - Jeanette | 0 | 0 | $458.05 |
| 3/25/2013 | Check issued to Matthew Helland - Mileage reimbursement | 0 | 0 | $99.55 |
| 3/25/2013 | Check issued to Matthew Helland - Parking reimbursement | 0 | 0 | $9.00 |
| 3/25/2013 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $4.20 |
| 3/25/2013 | Check issued to Matthew Helland - Tolls reimbursement | 0 | 0 | $10.00 |
| 3/27/2013 | Check issued to Federal Express - SF weekly shipping - USDC EDCA | 0 | 0 | $13.48 |
| 3/29/2013 | Postage | 0 | 0 | $5.35 |
| 3/29/2013 | Postage | 0 | 0 | $0.66 |
| 4/3/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $4.39 |
| 4/9/2013 | Westlaw | 0 | 0 | $100.00 |
| 4/17/2013 | PACER | 0 | 0 | $0.20 |

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 4/17/2013 | PACER | 0 | 0 | $0.10 |
| 5/6/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $4.03 |
| 5/20/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $4.29 |
| 5/27/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $0.78 |
| 5/29/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $4.10 |
| 6/7/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $4.13 |
| 6/10/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $6.36 |
| 6/10/2013 | Check issued to Facebook, Inc - Facebook advertising | 0 | 0 | $2.65 |
| 6/28/2013 | Postage | 0 | 0 | $0.66 |
| 6/28/2013 | Postage | 0 | 0 | $0.46 |
| 7/11/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $4.73 |
| 7/17/2013 | Check issued to Federal Express - Mpls weekly shipping - USDC | 0 | 0 | $34.21 |
| 7/17/2013 | Westlaw | 0 | 0 | $100.00 |
| 7/31/2013 | Postage | 0 | 0 | $186.30 |
| 7/31/2013 | Photocopies | 80 | 0.25 | $20.00 |
| 8/6/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $1.78 |
| 8/12/2013 | Check issued to Matthew Helland - Parking reimbursement | 0 | 0 | $9.00 |
| 8/12/2013 | Check issued to Matthew Helland - Bridge tolls reimbursement | 0 | 0 | $8.00 |
| 8/12/2013 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $3.45 |
| 8/12/2013 | Check issued to Matthew Helland - Mileage reimbursement | 0 | 0 | $99.44 |
| 8/26/2013 | PACER | 0 | 0 | $9.90 |
| 8/27/2013 | Check issued to Matthew Helland - Flight reimbursement | 0 | 0 | $179.80 |
| 8/27/2013 | Check issued to Matthew Helland - Flight reimbursement | 0 | 0 | $172.80 |
| 8/30/2013 | Postage | 0 | 0 | $5.52 |
| 8/30/2013 | Postage | 0 | 0 | $1.12 |
| 9/3/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $6.24 |
| 9/8/2013 | Check issued to Matthew Helland - Inflight internet reimbursement | 0 | 0 | $16.00 |
| 9/8/2013 | Check issued to Matthew Helland - Cab fare reimbursement | 0 | 0 | $224.96 |
| 9/8/2013 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $39.41 |
| 9/9/2013 | Check issued to Accurate Press, Inc - | 0 | 0 | $759.15 |
| 9/9/2013 | Westlaw | 0 | 0 | $100.00 |
| 9/16/2013 | Check issued to Paradigm Reporting & Captioning Inc - Transcript copies - Thomas Hassinger, Timothy Crandall | 0 | 0 | $789.20 |
| 9/30/2013 | Postage | 0 | 0 | $6.78 |
| 9/30/2013 | Photocopies | 228 | 0.25 | $57.00 |
| 10/3/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $2.18 |
| 10/11/2013 | PACER | 0 | 0 | $0.20 |
| 10/16/2013 | Westlaw | 0 | 0 | $100.00 |
| 10/31/2013 | Postage | 0 | 0 | $0.66 |
| 10/31/2013 | Postage | 0 | 0 | $38.84 |
| 10/31/2013 | Photocopies | 155 | 0.25 | $38.75 |
| 11/4/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $0.73 |
| 11/14/2013 | Westlaw | 0 | 0 | $100.00 |
| 11/29/2013 | Postage | 0 | 0 | $1.32 |
| 12/5/2013 | Check issued to Google.com - Google adwords | 0 | 0 | $1.80 |
| 12/10/2013 | Westlaw | 0 | 0 | $100.00 |
| 1/2/2014 | Check issued to Google.com - Google adwords | 0 | 0 | $1.72 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 1/21/2014 | Check issued to Mark S. Rudy - Mediation services | 0 | 0 | $5,000.00 |
| 2/3/2014 | Check issued to Google.com - Google Adwords | 0 | 0 | $272.02 |
| 2/19/2014 | Check issued to Federal Express - Mpls weekly shipping - Deborah | 0 | 0 | $10.25 |
| 2/28/2014 | Postage | 0 | 0 | $15.22 |
| 3/11/2014 | Check issued to Google.com - Google Adwords | 0 | 0 | $280.81 |
| 3/31/2014 | Postage | 0 | 0 | $0.48 |
| 4/10/2014 | Check issued to Google.com - Google adwords | 0 | 0 | $98.87 |
| 4/10/2014 | Check issued to Matthew Helland - Meals reimbursement | 0 | 0 | $18.86 |
| 4/11/2014 | Westlaw | 0 | 0 | $100.00 |
| 4/30/2014 | Check issued to LoopUp - MCH phone conference | 0 | 0 | $12.19 |
| 4/30/2014 | Postage | 0 | 0 | $5.05 |
| 5/19/2014 | Westlaw | 0 | 0 | $100.00 |
| 5/28/2014 | Check issued to Federal Express - SF weekly shipping - Chambers | 0 | 0 | $23.13 |
| 5/28/2014 | Check issued to Federal Express - SF weekly shipping - Samantha | 0 | 0 | $17.95 |
| 5/30/2014 | Postage | 0 | 0 | $5.84 |
| 5/30/2014 | Photocopies | 4 | 0.25 | $1.00 |
| 6/9/2014 | Westlaw | 0 | 0 | $100.00 |
| 6/30/2014 | PACER | 0 | 0 | $8.40 |
| 8/11/2014 | Westlaw | 0 | 0 | $100.00 |
| 8/31/2014 | Check issued to LoopUp - MCH Phone conference | 0 | 0 | $60.53 |
| 8/31/2014 | Check issued to LoopUp - MCH screen sharing session | 0 | 0 | $20.40 |
| 9/3/2014 | PACER | 0 | 0 | $0.60 |
| 9/15/2014 | Westlaw | 0 | 0 | $100.00 |
| 10/8/2014 | Check issued to Federal Express - SF weekly shipping - USDC | 0 | 0 | $16.19 |
| 10/29/2014 | Check issued to Matthew Helland - Toll reimbursement | 0 | 0 | $5.00 |
| 10/29/2014 | Check issued to Matthew Helland - Mileage reimbursement | 0 | 0 | $106.74 |
| 10/29/2014 | Check issued to Matthew Helland - Parking reimbursement | 0 | 0 | $9.00 |
| 11/5/2014 | Check issued to Federal Express - SF weekly shipping - USDC | 0 | 0 | $15.89 |
| 11/12/2014 | Check issued to Federal Express - SF weekly shipping - USDC | 0 | 0 | $12.61 |
| 11/28/2014 | PACER | 0 | 0 | $3.10 |
| 2/20/2015 | Westlaw | 0 | 0 | $100.00 |
| | | | | **$22,885.87** |