Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
Dbrome@nka.com
**NICHOLS KASTER, LLP**
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone:  (415) 277-7235
Facsimile:   (415) 277-7238

Attorneys for Plaintiffs,


Samantha D. Hardy, CA State Bar No. 199125
shardy@sheppardmullin.com
Hali M. Anderson, CA State Bar No. 261816
handerson@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone:  (619) 338-6500
Facsimile:   (619) 234-3815

Attorneys for Defendant.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN WILLIAMS, SANDRA ADAMS, LISA CRAWFORD, DEBRA DUDLEY, KENNETH FREESTONE, CONNIE LEITING, MARIO MORA, JAMIE NOONAN-SILVA, KIMBERLY SEYMOUR, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:12-cv-01907-EFB <br><br> **DECLARATION OF AMANDA MYETTE** |

I, Amanda Myette, declare as follows:

1. I am a Senior Project Manager for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2022. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 4,500 cases. Of these, more than 1,700 were Labor & Employment cases.

3. Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendant (collectively the "Parties") to provide claims administration services in the *Karen Williams, et al. v. U.S. Bank National Association* Settlement (the "Settlement"). The duties Rust has been engaged to perform, subject to the Court's approval, include:

> a) mailing of the *Notice of Settlement*, *Consent to Join and Release Form*, and *Change of Address Form* (collectively, the "Class Notice") to the FLSA Opt-Ins (who were mailed the "FLSA Opt-In Class Notice"), the Rule 23 Class Members (who were mailed the "Rule 23 Class Notice"), and the Additional FLSA Opt-Ins (who were mailed the "Additional FLSA Opt-In Class Notice");

> b) receiving and reviewing of the *Consent to Join and Release Forms* ("Consent Forms"), exclusion requests, and objections submitted by Class Members;

> c) performing necessary skip traces on any Class Notice returned by the U.S. Postal Service as undeliverable, and re-mailing the Class Notice to the Class Member's new address;

> d) mailing a postcard reminder to Class Members who had not responded to the Class Notice;

> d) reporting on the status of the administration of the Settlement to the Parties;

> e) responding to Class Member inquiries;

DECLARATION OF AMANDA MYETTE

f) distributing settlement payments and withholding therefrom the Participating

Claimants' share of payroll taxes, and remitting such funds to the appropriate

taxing authorites, along with any associated tax reporting, pursuant to a final order

of this Court; and

g) performing such other tasks as the Parties mutually agree or the Court orders

Rust to perform.

**Administration Duties Performed By Rust To Date**

4.      Rust obtained the following mailing address to receive Consent Forms, exclusion

requests, objections, undeliverable Class Notices, and other correspondence regarding the

Settlement: Williams v. U.S. Bank Settlement Administrator, c/o Rust Consulting, Inc. - 4538,

P.O. Box 2396, Faribault, MN 55021-9096.

5.      Rust obtained a toll-free facsimile number of (877) 418-8083 for Class Members to

submit Consent Forms, exclusion requests, objections, and other correspondence regarding the

Settlement.

6.      Rust established an email address for receiving Consent Forms, exclusion requests,

objections, and other communications regarding the Settlement.  The email address, which was

included in the Class Notice, is info@williamsvusbanksettlement.com.

7.      Rust obtained a toll-free telephone number of (866) 216-0279 for Class Members

to call with questions regarding the Settlement.

8.      On November 20, 2014, Rust received text for the Court-approved Class Notices

from Counsel.  Rust formatted the documents for mailing, and the finalized Class Notices were

approved by the Parties prior to mailing.  True and correct copies of the FLSA Opt-In Class

Notice, Rule 23 Class Notice, and Additional FLSA Opt-In Class Notice are attached hereto as

Exhibits 1, 2, and 3, respectively.

9.      On November 19, 2014, Counsel for the Defendant provided Rust with a mailing

list containing the Class Members' names, last known addresses, phone numbers, employee

identification numbers, Social Security numbers, and dates of employment.  On November 26,

2014, Counsel for the Plaintiffs provided Rust with the projected payment calculations (the "Notice Allocation") for each Class Member.  The Notice Allocation contained data for 375 Class Members, who fit within the following subclasses:

| FLSA Opt-Ins | 93 |
| --- | --- |
| Additional FLSA Opt-Ins | 77 |
| California Rule 23 Class Members | 22 |
| Minnesota Rule 23 Class Members | 91 |
| North Dakota Rule 23 Class Members | 48 |
| Ohio Rule 23 Class Members | 44 |
| Total | 375 |

10.     The mailing addresses for the Class Members were processed and updated utilizing the National Change of Address ("NCOA") Database maintained by the U.S. Postal Service.  The NCOA contains requested changes of address filed with the U.S. Postal Service.  In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA was utilized in connection with the mailing of the Class Notice.

11.     On December 3, 2014, Rust mailed Class Notices to the 375 Class Members via First Class Mail.  The FLSA Opt-In Class Notice advised the FLSA Opt-Ins, among other things, that they could submit a Consent Form, exclusion request, or objection postmarked by February 1, 2015.  The Rule 23 Class Notice advised the Rule 23 Class Members, among other things, that they could submit a Consent Form, exclusion request, or objection postmarked by February 1, 2015.  The Additional FLSA Opt-In Class Notice advised the Additional FLSA Opt-Ins, among other things, that they could submit a Consent Form postmarked by February 1, 2015.

12.     As of this date, Rust has received twelve (12) undeliverable Class Notices.  Rust performed address traces on the twelve (12) undeliverable Class Notices.  The address trace utilizes the Class Member's name, previous address and Social Security Number for locating a current address.  Of the twelve (12) address traces performed, twelve (12) updated addresses were obtained and Class Notices were promptly re-mailed to those Class Members via First Class mail. Of the twelve (12) Class Notices mailed to a more current address identified from the address

DECLARATION OF AMANDA MYETTE

trace, two (2) Class Notices were returned to Rust as undeliverable a second time.  As described above, there are two (2) Class Members for whom Class Notices were ultimately undeliverable.

13.     On January 2, 2015, Rust mailed reminder postcards to 238 Class Members who had not responded to the Class Notice as of that date.  The postcard served as a reminder of the February 1, 2015 Notice Response Deadline, and also provided the toll-free telephone number for Class Members to call with questions regarding the Settlement.

**Class Member Response To Class Notice**

14.     Rust is responsible for the receipt of all Consent Forms for the Settlement.  As of this date, Rust has received a total of 259 Consent Forms.  Of the 259 Consent Forms received, three (3) Class Members submitted Consent Forms with incomplete information and were sent a letter asking them to supply the missing information.  Of the three (3) Class Members who were sent letters, two (2) Class Members have re-submitted a completed Consent Form, and one (1) remains deficient.  Additionally, of the 259 Consent Forms received, one (1) Consent Form was received and postmarked after the Notice Response Deadline of February 1, 2015.  Therefore, of the 259 Consent Forms received, 257 are considered complete and timely and two (2) are considered incomplete or untimely.

15.     Of the ninety three (93) FLSA Opt-Ins who were mailed a Class Notice, eighty seven (87) have submitted Consent Forms that are considered complete and timely.  This number represents approximately 94% of the FLSA Opt-Ins.  Of the seventy seven (77) Additional FLSA Opt-Ins who were mailed a Class Notice, forty two (42) have submitted Consent Forms that are considered complete and timely.  This number represents approximately 55% of the Additional FLSA Opt-Ins.  Of the 205 Rule 23 Class Members who were mailed a Class Notice, 128 have submitted Consent Forms that are considered complete and timely. This number represents approximately 63% of the Rule 23 Class Members.

16.     Rust is responsible for the receipt of all requests for exclusion from the Settlement. As of this date, Rust has received zero (0) requests for exclusion.

17.     Rust is also responsible for the receipt of all written objections to the Settlement. As of this date, zero (0) objections have been received by Rust.

**Future Administration Duties To Be Performed By Rust, Subject to Court Approval**

18.     If ordered to do so by the Court, Rust will establish a Qualified Settlement Fund for the administration of the settlement payments.

19.     Rust will prepare settlement checks for all Participating Claimants, based on the payment calculations prepared by Counsel for the Plaintiffs (the "Final Allocation") according to the methodology approved by the Court.  Rust will also prepare IRS Form W-2s and IRS Form 1099-MISCs for each Participating Claimant.  Rust will send Participating Claimants the settlement checks, Form W-2s and Form 1099-MISCs via First Class Mail.

20.     The total cost for the administration of this Settlement, including fees incurred and future costs for completion of the administration is estimated to be $20,000.

21.     I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed this 18th day of February 2015, at Minneapolis, MN.


/s/ Amanda Myette_____
AMANDA MYETTE
(Original maintained by attorney Daniel Brome)

DECLARATION OF AMANDA MYETTE

EXHIBIT 1

**IMPORTANT LEGAL MATERIALS**

 - <<SequenceNo>>

FOR OFFICIAL USE ONLY

01

Page 1 of 2

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

## CONSENT TO JOIN AND RELEASE FORM

***Williams et al. v. U.S. Bank NA***

Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

**To receive payment from this settlement, you must sign and return this form.**

Having reviewed the Notice of Settlement and this Consent to Join and Release Form, and having had an opportunity to confer with Class Counsel and with separate counsel if I so desired, I wish to participate in the settlement of the Lawsuit and I wish to receive payment in the amount of at least $<<ALLOCATED SETTLEMENT AMOUNT>> (the "Settlement Amount"). I understand that the Settlement Amount will come in two payments, one which constitutes payment for alleged wages for tax purposes, and the other which constitutes payment for alleged liquidated damages, interest, and penalties. For the portion allocated as wages, U.S. Bank will withhold all applicable withholding taxes and other amounts required by law.

1. **Settlement:** I was employed by U.S. Bank as a mortgage underwriter. I wish to participate in the settlement of this matter pursuant to the terms of the settlement and this Consent to Join and Release Form.

2. **Release of Claims:** In exchange for payment of the Settlement Amount and by executing this Settlement Approval and Release Form, I hereby waive and release U.S. Bank from any all claims asserted in the Lawsuit. Specifically:

   I hereby waive and release Defendant Releasees from any and all federal claims, obligations, demands, actions, rights, causes of action, and liabilities against Defendant Releasees arising from my employment for U.S. Bank as a Mortgage Underwriter, of whatever kind and nature, character and description, whether known or unknown, and whether anticipated or unanticipated, including claims not yet known or expected to exist, that accrued prior to November 5, 2014, arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.* for any type of relief, including without limitation claims for wages, damages, unpaid costs, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief.

   I also hereby waive and release Defendant Releasees from any and all known and unknown wage and hour claims against Defendant Releasees arising from my employment as a Mortgage Underwriter, including but not limited to all claims for overtime compensation, minimum wages, deductions from pay, meal and rest breaks, penalties and interest under any and all applicable state and local laws, as well as the common law, and any other claims premised upon alleged wage and hour violations, from the beginning of my employment with U.S. Bank as a Mortgage Underwriter through November 5, 2014. This release of claims shall include any and all applicable state law wage and hour claims, obligations, demands, actions, rights, causes of action, and liabilities against Defendant Releasees arising from my employment as a Mortgage Underwriter, of whatever kind and nature, character, and description, whether in law or equity, whether sounding in tort, contract, statute, or other applicable law, whether known or unknown, and whether anticipated or unanticipated, including claims not yet known or suspected to exist, that accrued prior to November 5, 2014 for any type of relief, including without limitation claims for wages, damages, premium pay, unpaid costs, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief, based on the following categories of allegations: (a) any and all claims asserted in the Litigation that arise under the law of any state for the failure to pay any type of overtime compensation, minimum wage, or other type of compensation; (b) any and all claims under applicable state





laws for the failure to pay any type of overtime compensation, minimum wage, or other type of compensation; (c) any and all claims under applicable state laws for the failure to provide or pay for meal breaks, and/or rest periods; (d) any and all claims under applicable state laws stemming from or based on the alleged misclassification of Mortgage Underwriters as exempt employees; (e) any and all claims, including without limitation state statutory and common law claims, alleging unlawful imposition, deduction, or chargeback from compensation for expenses or costs under applicable state laws; (f) any and all claims, including without limitation state statutory and common law claims, for failure to reimburse, indemnify, cover or pay for business costs and/or deductions; and (g) all claims for penalties or additional damages which allegedly arise from the claims described in (a) through (g) above under any applicable law. The Released State Law Claims include claims meeting the above definition under any and all applicable statutes, regulations, or common law. The Released State Law claims also includes all benefits and rights of any statute, rule, doctrine, or common law principle of any jurisdiction whatsoever that provides that a general release does not extend to unknown claims, including without limitation any applicable benefits or rights under California Civil Code § 1542, which provides:

**a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

3. **Signature:** By my signature below, I acknowledge that I fully understand and accept the terms of this Release, and I represent that my signature is freely, voluntarily and knowingly given.  By my signature below, I further acknowledge that I have been provided a full opportunity to review and reflect on the terms of this Release and to seek the advice of legal counsel of my choice, which advice I have in fact obtained to my satisfaction.

**Minimum Settlement Payment: $<<ALLOCATED SETTLEMENT AMOUNT>>**

I consent to join the FLSA portion of this Action, and to have Class Counsel represent me in this Action.


Date: _____          _____
                                         Signature


                                         _____
                                         **<<FirstName>> <<LastName>> <<ID#xxxx>>**

**Return to:**
Williams v. U.S. Bank Settlement Administrator
c/o Rust Consulting, Inc. – 4538
PO Box 2396
Faribault, MN 55021-9096
Fax: (877) 418-8083
Email: info@williamsvusbanksettlement.com

FOR OFFICIAL USE ONLY

01

**IMPORTANT LEGAL MATERIALS**



Page 1 of 1

*BARCODE39* - <<SequenceNo>>

<<Name 1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip 10>>
<<CountryName>>

---

# CHANGE OF ADDRESS FORM

***Williams et al. v. U.S. Bank NA***

Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

**Please complete this form only if you wish to change your name and/or mailing address information.**

Former name and mailing address:

Name (first, middle and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

New name and/or mailing address:

Name (first, middle and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

I understand that all future correspondence in this action, including but not necessarily limited to important notices or payments to which I am entitled (if any), will be sent to the new address listed above and not to the address previously used. I hereby request and consent to the use of the address listed above for these purposes.

Date: _____

Signature _____

Print Name _____

**Return to:**
Williams v. U.S. Bank Settlement Administrator
c/o Rust Consulting, Inc. – 4538
PO BOX 2396
Faribault, MN 55021-9096
Fax: (877) 418-8083
Email: info@williamsvusbanksettlement.com





*Williams et al. v. U.S. Bank NA*

Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

### Notice of Settlement

**If you worked as a mortgage underwriter for US Bank, <u>you may be entitled to money</u>.**
**A proposed settlement may affect your rights.**

## A U.S. FEDERAL COURT HAS AUTHORIZED THIS NOTICE OF PENDANCY OF A CLASS AND COLLECTIVE ACTION AND NOTICE OF HEARING ON PROPOSED SETTLEMENT

This notice is to advise you of a settlement of the wage and hour collective action that you previously joined, *Williams, et al. v. U.S. Bank National Association* (the "Action"). As an opt-in plaintiff, you are receiving this notice because you are eligible to receive money from a proposed class and collective action settlement.

The group of current and former mortgage underwriters who brought this case ("Plaintiffs") and U.S. Bank ("Defendant") have reached a settlement.  Please read this letter closely, because your legal rights to recover money for unpaid overtime will be affected by your response.

U.S. Bank has denied, and continues to deny, that its mortgage underwriters are entitled to overtime pay. The Court has not made a determination of the merits of Plaintiffs' claims or Defendant's defenses. Rather than continue to litigate, the Parties have agreed to a Stipulation and Settlement Agreement, whereby U.S. Bank has agreed to pay at least $3,000,000 and at most $3,250,000 to resolve this case.

This settlement amount will be distributed to eligible class and collective action members based on their individual earnings records and the applicable law. Your settlement offer is included on the enclosed Consent to Join and Release Form.

The Court has preliminarily approved the settlement.  However, settlement money cannot be distributed until after the Court grants final approval of the settlement.

In addition to all of the opt-in plaintiffs who previously joined this case, the Court has approved subclasses of mortgage underwriters in California, Minnesota, North Dakota, and Ohio, and has extended the time for underwriters from Colorado, Kentucky, and Missouri to join this case. The claims of these employees have been discounted compared to your claims.

As an opt-in Plaintiff, your legal rights under state and federal law are affected by this settlement. Please read the following pages carefully.

### A Summary of Your Rights and Choices:

*Your Legal Rights Are Affected Even If You Do Not Act. Read This Notice Carefully.*

| You May: | Effect of Choosing the Option: | Due Date: |
|---|---|---|
| **Submit the Attached Consent To Join and Release Form** | • You will receive payment.<br>• You will release your federal FLSA and state law claims for unpaid wages, minimum wages, overtime pay, deductions from pay, meal and rest breaks, liquidated damages, penalties, attorneys' fees and costs, and interest from the beginning of your employment as a mortgage underwriter to November 5, 2014, and will be bound by the terms of the settlement as to those claims.<br>• You will give up your right to sue Defendant for any of these state or federal claims that arose from the beginning of your employment to November 5, 2014. | <u>*The Consent to Join and Release Form must be received no later than February 1, 2015*</u> |
| **Do Nothing** | • You will **not** receive payment pursuant to this settlement.<br>• Your federal FLSA claims will be dismissed, and you will give up your right to sue Defendant under the FLSA.<br>• You will not release any state law claims brought in this action.<br>• You will not give up your right to sue Defendant for any of these state law claims. | <u>*None. You do not need to do anything, but you will not receive a settlement payment under these terms.*</u> |
| **Exclude Yourself** | • You will not receive payment pursuant to this settlement.<br>• You will opt-out of the case and retain your right to sue Defendant under state and federal law.<br>• To exclude yourself from participating in Settlement of your law claims you **must** send in a signed exclusion request. | <u>*The Exclusion Request must be received no later than February 1, 2015*</u> |
| **File Objection** | If you do not exclude yourself, you can remain a  member of the Collective Action and still write to the Court explaining why you disagree with the state law portion of the Settlement. | <u>*The Objection must be received no later than February 1, 2015*</u> |
| **Appear at the Hearing** | • If you do not exclude yourself, you can also ask to speak to the Court about the fairness of the state law portion of the Settlement.<br>• You must send written notice of your desire to appear in advance. | <u>*The Written Notice must be received no later than February 1, 2015*</u> |

**Questions? Please call (866) 216-0279**

| WHAT THIS NOTICE CONTAINS |
|---|

## TABLE OF CONTENTS

BASIC INFORMATION.................................................................................................................2
   1. Why did I get this Notice? .................................................................................................2
   2. What is a Class Action and what is a Collective Action?.................................................2
   3. What is this case about? ....................................................................................................3
   4. Who are the Class and Collective Action Members?.......................................................3
   5. Why is the case being settled? ..........................................................................................3

SETTLEMENT BENEFITS AND MY OPTIONS .....................................................................3
   6. What are the settlement benefits? .....................................................................................3
   7. How do I receive settlement benefits? ..............................................................................3

REMAINING IN THE CLASS......................................................................................................3
   8. What happens if I do nothing? ..........................................................................................3
   9. What happens if I send in a Consent to Join and Release Form?......................................3

EXCLUDING YOURSELF FROM THE CLASS AND/OR OBJECTING .................................4
   10. Why would I want to be excluded from the Class? .........................................................4
   11. How do I exclude myself from the Class?........................................................................4
   12. How do I object to the settlement?...................................................................................4

THE LAWYERS REPRESENTING YOU ....................................................................................5
   13. Do I have a lawyer representing my interests in this case?...............................................5
   14. How will the lawyers be paid? .........................................................................................5

THE COURT'S FINAL APPROVAL HEARING.........................................................................5
   15. When and where will the Court decide whether to approve the settlement? ...................5
   16. Do I need to attend the hearing?......................................................................................5
   17. If I hire my own lawyer, can my lawyer appear at the final approval hearing to tell the Court my opinions
       regarding the settlement?.................................................................................................6

GETTING MORE INFORMATION..............................................................................................6
   18. Where do I obtain more information?................................................................................6

## BASIC INFORMATION

| 1. WHY DID I GET THIS NOTICE? |
|---|

The Court directed this Notice be sent to you because you previously filed your consent to be part of this lawsuit, and Defendant's records show that you worked for Defendant as a mortgage underwriter during the applicable statute of limitations. Therefore, you may be entitled to money pursuant to the terms of the settlement.

If you are a member of a collective action as defined in Question 4 below, this proposed settlement will affect your legal rights. Therefore, it is important that you read this notice carefully. You have choices to make before the Court decides whether or not to approve the Settlement.

| 2. WHAT IS A CLASS ACTION AND WHAT IS A COLLECTIVE ACTION? |
|---|

In a Class action lawsuit, one or more people called "Named Plaintiffs" or "Representative Plaintiffs" sue one or more defendants on behalf of other people who may have similar claims. All these people together are a "Class" or "Class Members." The court can determine whether it will allow a lawsuit to proceed as a class action. In a Class action, one court resolves the common issues for everyone in the Class except for those people who choose to exclude themselves from the Class. This Class action was brought under the state laws of California, Minnesota, North Dakota, and Ohio. If you worked in one of those states, you are a Class Member.

In a Collective action lawsuit, one or more people called "Named Plaintiffs" or "Representative Plaintiffs" sue one or more defendants on behalf of other people who may have similar claims. In order to join a collective action, a person must submit a consent form. All the people who submit consent forms are together considered part of the "Collective Action." The court can determine whether it will allow a lawsuit to proceed as a collective action. In a collective action, one court resolves common issues for everyone in the Collective action. Collective actions are brought under the federal Fair Labor Standards Act.

## 3. WHAT IS THIS CASE ABOUT?

The lawsuit alleges that Defendant violated the FLSA and various state laws by failing to pay mortgage underwriters overtime. Defendant denies these allegations.

The Plaintiffs and Defendant have reached a settlement in this case. The Court has not ruled on the merits of Plaintiffs' claims or on Defendant's defenses. Rather, the Court has simply certified the Class and Collective Action for settlement purposes and tentatively approved the proposed settlement.

## 4. WHO ARE THE CLASS AND COLLECTIVE ACTION MEMBERS?

If you previously filed a consent to join this action and you worked for Defendant as a mortgage underwriter within three (3) years prior to filing your consent, then you are a member of the Collective Action and are entitled to the benefits from settlement.

If you wish to receive payment under this settlement, you must send in the enclosed Consent Form. If you do not send in the enclosed Consent Form, you will not receive any settlement payment.

The Court has also certified four state law subclasses, which also include mortgage underwriters who did not previously opt into this Action. These subclasses cover Minnesota, Ohio, North Dakota, and California. If you worked in those states, you are part of those state law subclasses.

## 5. WHY IS THE CASE BEING SETTLED?

This matter is being settled because both sides have agreed to a settlement of this case to avoid the costs and risks of trial.

### SETTLEMENT BENEFITS AND MY OPTIONS

## 6. WHAT ARE THE SETTLEMENT BENEFITS?

The Settlement Agreement, if approved, provides monetary benefits to the Class and Collective Action members. Employees who send in a Consent to Join and Release Form will receive a *pro rata* payment based on their individual earnings records during the applicable statutory period. The minimum amount that you would receive under this settlement is outlined on the enclosed Consent to Join and Release Form. If some eligible Class Members do not submit consent forms, the amount you receive could be higher than this amount.

Employees who do not send in a Consent to Join and Release Form will **not** receive a payment.

As described below, if the settlement is approved, the lawyers representing the Class and Collective Action ("Class Counsel") will have their attorneys' fees and litigation costs paid from the Settlement Amount. The costs of administering the settlement agreement will be deducted from the settlement amount as well. The remaining Settlement Amount will be distributed to the Class and Collective Members by check.

Checks must be cashed within 120 days of the checks being mailed, or they will be donated to charity.

## 7. HOW DO I RECEIVE SETTLEMENT BENEFITS?

To receive your settlement amount, you must send in the attached Consent to Join and Release Form.

*You should seek the advice of a tax professional if you have questions about the tax implications of this settlement.*

### REMAINING IN THE CLASS

## 8. WHAT HAPPENS IF I DO NOTHING?

If you do nothing and you are a member of the Collective Action as defined in Question 4 above, (1) you will NOT receive any payment; (2) you will release the federal law claims described above; (3) you will give up the right to sue Defendant for your federal law claims. You will not release state law claims, or your right to sue Defendant for state claims, unless you worked in Minnesota, California, North Dakota, or Ohio. If you worked in those states and you do nothing, you will also release state law claims.

## 9. WHAT HAPPENS IF I SEND IN A CONSENT TO JOIN AND RELEASE FORM?

If you send in the attached Consent to Join and Release Form and do not exclude yourself from the Class as described in Question 10 below, (1) you will receive a settlement payment; (2) you will release the federal FLSA and state law claims

described above; (3) you will be bound by the terms and conditions of the settlement as to your FLSA and state law claims; and (4) you will give up the right to sue Defendant for your FLSA and state law claims. Should you have any questions about the scope of the release, you may contact Class Counsel at the numbers or addresses listed in Question 13 below.

## EXCLUDING YOURSELF FROM THE CLASS AND/ OR OBJECTING

### 10.  WHY WOULD I WANT TO BE EXCLUDED FROM THE CLASS?

You do not need to take part in the settlement or be a member of the Class. You can exclude yourself from the settlement by "opting out." If you exclude yourself, you will not get the benefits of the settlement and you cannot object to the settlement. Any Court orders will not apply to you. By excluding yourself, you keep any right to file or proceed with a lawsuit against Defendant regarding the subjects raised in this lawsuit.

If you exclude yourself, you will not be legally bound by the Court's judgments in this case. Similarly, if you wish to start your own lawsuit against Defendant for claims covered by this lawsuit, you must exclude yourself. Should you do so, you will need to represent yourself or hire and pay your own lawyer for that lawsuit and prove your own claims. If you do exclude yourself so you can start or continue your own lawsuit against Defendant for claims covered by this lawsuit, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations.

### 11.  HOW DO I EXCLUDE MYSELF FROM THE CLASS?

If you are a member of the Class and wish to be excluded, you must send in a written request that includes all of the following:

• Your legal name, current address and telephone number;

• The name and number of the lawsuit: *Williams et al. v. U.S. Bank NA*; Case No. 2:12-cv-01907

• A statement, signed personally by you, clearly stating that you want to be excluded from the Class.

All exclusion requests must be mailed to the Settlement Administrator, at the following address:

> Williams v. U.S. Bank Settlement Administrator
> c/o Rust Consulting, Inc. - 4538
> PO Box 2396
> Faribault, MN 55021-9096
> Fax: (877) 418-8083
> Email: info@williamsvusbanksettlement.com

**All exclusion requests MUST be received by February 1, 2015.** The Settlement Administrator will provide all exclusion requests to the Court and both parties' lawyers.

***Any request for exclusion must contain your personal signature which shall indicate to the Court that you wish to be excluded from the Class.*** You cannot exclude yourself by phone or by email. Further, if you do not follow these instructions properly, you will lose your right to exclude yourself. There are no exceptions.

**UNLESS YOU PROPERLY SIGN AND MAIL IN A REQUEST FOR EXCLUSION FROM THE CLASS, YOU WILL BE BOUND BY ANY JUDGMENT IN THIS CASE, AND YOU WILL NOT BE PERMITTED TO PURSUE ANY PENDING OR FUTURE LITIGATION REGARDING MATTERS RESOLVED IN THIS SETTLEMENT.  SHOULD YOU WISH TO EXCLUDE YOURSELF FROM THIS SETTLEMENT, IT IS IMPORTANT THAT YOU FOLLOW THESE INSTRUCTIONS CAREFULLY.**

### 12.  HOW DO I OBJECT TO THE SETTLEMENT?

If you do not like the settlement, but do not want to be excluded from it, you may file an objection to it. This means you can tell the Court that you disagree with the settlement or some of its terms. The Court will consider your views but may approve the settlement anyway.

You can object only if you do not exclude yourself. If you exclude yourself, you cannot object.

To object, either you or a lawyer of your own choosing must prepare an objection that contains all of the following:

1.  Your legal name, current address and telephone number;

2.  The name and number of the lawsuit: *Williams et al. v. U.S. Bank NA*; Case No. 2:12-cv-01907

3.  A written statement of objections clearly specifying the grounds or reasons for each objection;

4.  A statement of whether or not you or your lawyer will ask to appear at the Final Approval Hearing to talk about your objections, and, if so, how long you will need to present your objections; and

5.  Copies of documents (if any) you or your lawyer will present at the Final Approval Hearing.

Your objection must be received **no later than February 1, 2015**. Any objection received after that date may be rejected. Objections must be mailed to the Settlement Administrator at the following address:

> Williams v. U.S. Bank Settlement Administrator
> c/o Rust Consulting, Inc. - 4538
> PO Box 2396
> Faribault, MN 55021-9096
> Fax: (877) 418-8083
> Email: info@williamsvusbanksettlement.com

Class Counsel will file all objections with the Court and provide all objections to Defendant's lawyers.

## THE LAWYERS REPRESENTING YOU

### 13. DO I HAVE A LAWYER REPRESENTING MY INTERESTS IN THIS CASE?

Yes. The Court has appointed the following law firm to represent you and other Class and Collective Action Members. These lawyers are referred to as Class Counsel and include:

Matthew C. Helland and Daniel S. Brome of the law firm Nichols Kaster, PLLP. Class Counsel can be reached at the following addresses and numbers:

> Nichols Kaster, PLLP
> One Embarcadero Center, Suite 720
> San Francisco, CA 94111
> Email: dbrome@nka.com
> Phone: 1-877-777-0622
> Fax: 1-415-277-7238

You will not be charged directly by Class Counsel for their services, but they will ask the Court to award them a fee from the settlement. More information about Class Counsel and their experience is available at the following website: www.nka.com.

You may hire your own attorney, if you wish, however, you will be responsible for any fees and expenses that attorney charges you.

### 14. HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court for reimbursement of their out-of-pocket expenses and an award of attorneys' fees based on their work in this litigation. The amount of attorneys' fees to be awarded will be determined by the Court. Under the terms of the Settlement Agreement and subject to Court approval, Class Counsel can petition the Court for a fee of up to one-quarter (25%) of the total value of the settlement. The total value of the settlement will be between $3,000,000 and $3,250,000.

The Settlement Agreement provides further details on fees and costs payable to Class Counsel, and a copy of the Settlement Agreement may be obtained either from Class Counsel or the Court.

## THE COURT'S FINAL APPROVAL HEARING

### 15. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a Final Approval Hearing on March 18, 2015, at 10:00 a.m. At this hearing, the Court will consider whether or not the Settlement is fair, reasonable, and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

The Hearing will be held before Judge Edmund F. Brennan at the United States Courthouse in Sacramento: 501 I Street, Room 4-200, Sacramento, California 95814.

### 16. DO I NEED TO ATTEND THE HEARING?

No. Class Counsel will answer questions the Court may have, but you may appear at your own expense. If you send a written objection, the Court will consider it. You may also pay your own lawyer to attend the hearing if you desire.

**17.  IF I HIRE MY OWN LAWYER, CAN MY LAWYER APPEAR AT THE FINAL APPROVAL HEARING TO TELL THE COURT ABOUT MY OPINIONS REGARDING THE SETTLEMENT?**

Yes.  As long as you don't exclude yourself, you have the right to appear through counsel at the Final Approval Hearing.  You may also appear without a lawyer and directly tell the Court your opinions about the settlement so long as your Notice of Appearance and any written objections you may have are submitted by February 1, 2015.  Note that if you choose to have a lawyer appear on your behalf, the cost of having that lawyer appear will be at your own expense.

## GETTING MORE INFORMATION

**18.  WHERE DO I OBTAIN MORE INFORMATION?**

If you want additional information, you may call or write Class Counsel at the address and phone number listed above.

The specific terms of the settlement have also been filed with the Court.  You can look at and copy these documents at any time during regular office hours at Clerk of the Court, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.

If you have a Public Access to Court Electronic Records ("PACER") account, you may view the documents on the Court's Case Management/Electronic Court Filing website: www.pacer.gov.

# EXHIBIT 2

**FOR OFFICIAL USE ONLY**

01

**IMPORTANT LEGAL MATERIALS**

Page 1 of 2

*BARCODE39* - <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

## CONSENT TO JOIN AND RELEASE FORM

***Williams et al. v. U.S. Bank NA***

Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

**To receive payment from this settlement, you must sign and return this form.**

Having reviewed the Notice of Settlement and this Consent to Join and Release Form, and having had an opportunity to confer with Class Counsel and with separate counsel if I so desired, I wish to participate in the settlement of the Lawsuit and I wish to receive payment in the amount of at least $<<ALLOCATED SETTLEMENT AMOUNT>> (the "Settlement Amount"). I understand that the Settlement Amount will come in two payments, one which constitutes payment for alleged wages for tax purposes, and the other which constitutes payment for alleged liquidated damages, interest, and penalties. For the portion allocated as wages, U.S. Bank will withhold all applicable withholding taxes and other amounts required by law.

1. **Settlement:** I was employed by U.S. Bank as a mortgage underwriter. I wish to participate in the settlement of this matter pursuant to the terms of the settlement and this Consent to Join and Release Form.

2. **Release of Claims:** In exchange for payment of the Settlement Amount and by executing this Settlement Approval and Release Form, I hereby waive and release U.S. Bank from any all claims asserted in the Lawsuit. Specifically:

   I hereby waive and release Defendant Releasees from any and all federal claims, obligations, demands, actions, rights, causes of action, and liabilities against Defendant Releasees arising from my employment for U.S. Bank as a Mortgage Underwriter, of whatever kind and nature, character and description, whether known or unknown, and whether anticipated or unanticipated, including claims not yet known or expected to exist, that accrued prior to November 5, 2014, arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.* for any type of relief, including without limitation claims for wages, damages, unpaid costs, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief.

   I also hereby waive and release Defendant Releasees from any and all known and unknown wage and hour claims against Defendant Releasees arising from my employment as a Mortgage Underwriter, including but not limited to all claims for overtime compensation, minimum wages, deductions from pay, meal and rest breaks, penalties and interest under any and all applicable state and local laws, as well as the common law, and any other claims premised upon alleged wage and hour violations, from the beginning of my employment with U.S. Bank as a Mortgage Underwriter through November 5, 2014. This release of claims shall include any and all applicable state law wage and hour claims, obligations, demands, actions, rights, causes of action, and liabilities against Defendant Releasees arising from my employment as a Mortgage Underwriter, of whatever kind and nature, character, and description, whether in law or equity, whether sounding in tort, contract, statute, or other applicable law, whether known or unknown, and whether anticipated or unanticipated, including claims not yet known or suspected to exist, that accrued prior to November 5, 2014 for any type of relief, including without limitation claims for wages, damages, premium pay, unpaid costs, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief, based on the following categories of allegations: (a) any and all claims asserted in the Litigation that arise under the law of any state for the failure to pay any type of overtime compensation, minimum wage, or other type of compensation; (b) any and all claims under applicable state





laws for the failure to pay any type of overtime compensation, minimum wage, or other type of compensation; (c) any and all claims under applicable state laws for the failure to provide or pay for meal breaks, and/or rest periods; (d) any and all claims under applicable state laws stemming from or based on the alleged misclassification of Mortgage Underwriters as exempt employees; (e) any and all claims, including without limitation state statutory and common law claims, alleging unlawful imposition, deduction, or chargeback from compensation for expenses or costs under applicable state laws; (f) any and all claims, including without limitation state statutory and common law claims, for failure to reimburse, indemnify, cover or pay for business costs and/or deductions; and (g) all claims for penalties or additional damages which allegedly arise from the claims described in (a) through (g) above under any applicable law. The Released State Law Claims include claims meeting the above definition under any and all applicable statutes, regulations, or common law. The Released State Law claims also includes all benefits and rights of any statute, rule, doctrine, or common law principle of any jurisdiction whatsoever that provides that a general release does not extend to unknown claims, including without limitation any applicable benefits or rights under California Civil Code § 1542, which provides:

**a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

3. **Signature:** By my signature below, I acknowledge that I fully understand and accept the terms of this Release, and I represent that my signature is freely, voluntarily and knowingly given.  By my signature below, I further acknowledge that I have been provided a full opportunity to review and reflect on the terms of this Release and to seek the advice of legal counsel of my choice, which advice I have in fact obtained to my satisfaction.

**Minimum Settlement Payment: $<<ALLOCATED SETTLEMENT AMOUNT>>**

I consent to join the FLSA portion of this Action, and to have Class Counsel represent me in this Action.


Date: _____          _____
                                      Signature


                                      _____
                                      **<<FirstName>> <<LastName>> <<ID#xxxx>>**

**Return to:**

Williams v. U.S. Bank Settlement Administrator
c/o Rust Consulting, Inc. - 4538
PO Box 2396
Faribault, MN 55021-9096
Fax: (877) 418-8083
Email: info@williamsvusbanksettlement.com

WILLIAMS V. U.S. BANK SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING, INC. - 4538
PO BOX 2396
FARIBAULT, MN 55021-9096

## IMPORTANT LEGAL MATERIALS

 - <<SequenceNo>>

<<Name 1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip 10>>
<<CountryName>>

# CHANGE OF ADDRESS FORM

*Williams et al. v. U.S. Bank NA*

Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

**Please complete this form only if you wish to change your name and/or mailing address information.**

Former name and mailing address:

Name (first, middle and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

New name and/or mailing address:

Name (first, middle and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

I understand that all future correspondence in this action, including but not necessarily limited to important notices or payments to which I am entitled (if any), will be sent to the new address listed above and not to the address previously used. I hereby request and consent to the use of the address listed above for these purposes.

Date: _____

Signature _____

Print Name _____

**Return to:**
Williams v. U.S. Bank Settlement Administrator
c/o Rust Consulting, Inc. - 4538
PO Box 2396
Faribault, MN 55021-9096
Fax: (877) 418-8083
Email: info@williamsvusbanksettlement.com





*Williams et al. v. U.S. Bank NA*
Case No. 2:12-cv-01907
*United States District Court – Eastern District of California*

**Notice of Settlement**

**If you worked as a mortgage underwriter for US Bank, <u>you may be entitled to money</u>.
A proposed settlement may affect your rights.**

## A U.S. FEDERAL COURT HAS AUTHORIZED THIS NOTICE OF PENDANCY OF A CLASS AND COLLECTIVE ACTION AND NOTICE OF HEARING ON PROPOSED SETTLEMENT

You are receiving this notice because you have been identified as someone eligible to receive money from a proposed class and collective action settlement. The lawsuit has been brought by a group of current and former mortgage underwriters ("Plaintiffs") against U.S. Bank ("Defendant"). Please read this letter closely, because your legal rights to recover money for unpaid overtime will be affected by your response.

The Plaintiffs in the lawsuit, entitled *Williams, et al. v. U.S. Bank National Association* (the "Action"), asserted that U.S. Bank misclassified its mortgage underwriters as exempt from overtime and therefore failed to pay lawfully required overtime. The Plaintiffs sought compensation for this alleged unpaid overtime under state and federal law. U.S. Bank has denied, and continues to deny, that its mortgage underwriters are entitled to overtime pay. The Court has not made a determination of the merits of Plaintiffs' claims or Defendant's defenses. Rather than continue to litigate, the Parties have reached agreed to a Stipulation and Settlement Agreement, whereby U.S. Bank has agreed to pay at least $3,000,000 and at most $3,250,000 to resolve this case.

This settlement amount will be distributed to eligible class members based on their individual earnings records and the applicable law. Your settlement offer is included on the enclosed Consent to Join and Release Form.

The Court has preliminarily approved the settlement. However, settlement money cannot be distributed until after the Court grants final approval of the settlement.

The Court has certified the following state law classes for settlement purposes.

- All persons who were, are or will be employed by Defendant in the State of California as mortgage underwriters at any time within four (4) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("California Subclass");

- All persons who were, are or will be employed by Defendant in the State of Minnesota as mortgage underwriters at any time within three (3) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("Minnesota Subclass");

- All persons who were, are or will be employed by Defendant in the State of North Dakota as mortgage underwriters at any time within two (2) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("North Dakota Subclass"); and

- All persons who were, are or will be employed by Defendant in the State of Ohio as mortgage underwriters at any time within three (3) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("Ohio Subclass").

Records produced by U.S. Bank show that you are a member of the <<State>> Subclass. As a member of this class, your legal rights under state and federal law are affected by this settlement. Please read the following pages carefully.

### A Summary of Your Rights and Choices:

*Your Legal Rights Are Affected Even If You Do Not Act. Read This Notice Carefully.*

| You May: | Effect of Choosing the Option: | Due Date: |
|---|---|---|
| **Submit the Attached Consent To Join and Release Form** | • You will receive payment.<br>• You will release your federal FLSA and state law claims for unpaid wages, minimum wages, overtime pay, deductions from pay, meal and rest breaks, liquidated damages, penalties, attorneys' fees and costs, and interest from the beginning of your employment as a mortgage underwriter to November 5, 2014, and will be bound by the terms of the settlement as to those claims.<br>• You will give up your right to sue Defendant for any of these state or federal claims that arose from the beginning of your employment to November 5, 2014. | *<u>The Consent to Join and Release Form must be received no later than February 1, 2015</u>* |

**Questions? Please call (866) 216-0279**

| Do Nothing | • You will **not** receive payment pursuant to this settlement.<br>• You will release any state law claims brought in this action from the beginning of your employment, to November 5, 2014, and will be bound by the terms of settlement as to those claims.<br>• You will give up your right to sue Defendant for any of these state law claims that arose from the beginning of your employment to November 5, 2014.<br>• You will not waive your federal FLSA claims or your right to sue Defendant under the FLSA. | *None. You do not need to do anything, but you will not receive a settlement payment under these terms.* |
|---|---|---|
| Exclude Yourself | • You will not receive payment pursuant to this settlement.<br>• You can elect to opt out of the state law Class and retain your right to sue Defendant for your state law claims.<br>• To exclude yourself from participating in Settlement of your law claims you **must** send in a signed exclusion request. | *The Exclusion Request must be received no later than February 1, 2015* |
| File Objection | If you do not exclude yourself, you can remain a Class member and still write to the Court explaining why you disagree with the state law portion of the Settlement. | *The Objection must be received no later than February 1, 2015* |
| Appear at the Hearing | • If you do not exclude yourself, you can also ask to speak to the Court about the fairness of the state law portion of the Settlement.<br>• You must send written notice of your desire to appear in advance. | *The Written Notice must be received no later than February 1, 2015* |

## WHAT THIS NOTICE CONTAINS

## TABLE OF CONTENTS

BASIC INFORMATION.................................................................................................3
  1. Why did I get this Notice?...................................................................................3
  2. What is a Class Action and what is a Collective Action?.....................................3
  3. What is this case about?.......................................................................................3
  4. Who are the Class and Collective Action Members?..........................................3
  5. Why is the case being settled?.............................................................................3
SETTLEMENT BENEFITS AND MY OPTIONS .......................................................4
  6. What are the settlement benefits? ......................................................................4
  7. How do I receive settlement benefits? ...............................................................4
REMAINING IN THE CLASS......................................................................................4
  8. What happens if I do nothing?...........................................................................4
  9. What happens if I send in a Consent to Join and Release Form?........................4
EXCLUDING YOURSELF FROM THE CLASS AND/OR OBJECTING ..................4
  10. Why would I want to be excluded from the Class? ..........................................4
  11. How do I exclude myself from the Class?.........................................................4
  12. How do I object to the settlement?..................................................................5
THE LAWYERS REPRESENTING YOU.....................................................................5
  13. Do I have a lawyer representing my interests in this case?................................5
  14. How will the lawyers be paid? .........................................................................6
THE COURT'S FINAL APPROVAL HEARING ..........................................................6
  15. When and where will the Court decide whether to approve the settlement? ...6
  16. Do I need to attend the hearing?.....................................................................6
  17. If I hire my own lawyer, can my lawyer appear at the final approval hearing to tell the Court my opinions regarding the settlement?..........................................................................................6
GETTING MORE INFORMATION.............................................................................6
  18. Where do I obtain more information?...............................................................6

BASIC INFORMATION

## 1. WHY DID I GET THIS NOTICE?

The Court directed this Notice be sent to you because Defendant's records show that you worked for Defendant as a mortgage underwriter in Ohio, North Dakota, Minnesota, or California during the applicable statute of limitations. Therefore, you may be entitled to money pursuant to the terms of the settlement.

If you are a member of a class as defined in Question 4 below, this proposed settlement will affect your legal rights. Therefore, it is important that you read this notice carefully. You have choices to make before the Court decides whether or not to approve the Settlement.

## 2. WHAT IS A CLASS ACTION AND WHAT IS A COLLECTIVE ACTION?

In a Class action lawsuit, one or more people called "Named Plaintiffs" or "Representative Plaintiffs" sue one or more defendants on behalf of other people who may have similar claims. All these people together are a "Class" or "Class Members." The court can determine whether it will allow a lawsuit to proceed as a class action. In a Class action, one court resolves the common issues for everyone in the Class except for those people who choose to exclude themselves from the Class. This Class action was brought under the state laws of California, Minnesota, North Dakota, and Ohio. If you worked in one of those states, you may be a Class Member.

In a Collective action lawsuit, one or more people called "Named Plaintiffs" or "Representative Plaintiffs" sue one or more defendants on behalf of other people who may have similar claims. In order to join a collective action, a person must submit a consent form. All the people who submit consent forms are together considered part of the "Collective Action." The court can determine whether it will allow a lawsuit to proceed as a collective action. In a collective action, one court resolves common issues for everyone in the Collective Action. Collective actions are brought under the federal Fair Labor Standards Act.

## 3. WHAT IS THIS CASE ABOUT?

The lawsuit alleges that Defendant violated the FLSA and various state laws by failing to pay mortgage underwriters overtime. Defendant has denied these allegations but has agreed to settle the case.

The Plaintiffs and Defendant have reached a settlement in this case. The Court has not ruled on the merits of Plaintiffs' claims or on Defendant's defenses. Rather, the Court has simply certified the Class and Collective for settlement purposes and tentatively approved the proposed settlement.

## 4. WHO ARE THE CLASS MEMBERS?

If you are a Class Member as defined by the Court, then you are entitled to the benefits from settlement. The Court has defined the Classes as follows.

- All persons who were, are or will be employed by Defendant in the State of California as mortgage underwriters at any time within four (4) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("California Subclass");

- All persons who were, are or will be employed by Defendant in the State of Minnesota as mortgage underwriters at any time within three (3) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("Minnesota Subclass");

- All persons who were, are or will be employed by Defendant in the State of North Dakota as mortgage underwriters at any time within two (2) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("North Dakota Subclass"); and

- All persons who were, are or will be employed by Defendant in the State of Ohio as mortgage underwriters at any time within three (3) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law ("Ohio Subclass").

If you are an eligible Class Member and you wish to receive payment under this settlement, you must send in the enclosed Consent to Join and Release Form. If you do not send in the enclosed Consent to Joint and Release Form, you will not receive any settlement payment.

## 5. WHY IS THE CASE BEING SETTLED?

This matter is being settled because both sides have agreed to a settlement of this case to avoid the costs and risks of trial.

SETTLEMENT BENEFITS AND MY OPTIONS

## 6. WHAT ARE THE SETTLEMENT BENEFITS?

The Settlement Agreement, if approved, provides monetary benefits to the Class and Collective Action members. Employees who send in a Consent to Join and Release Form will receive a *pro rata* payment based on their individual earnings records during the applicable statutory period. The minimum amount that you would receive under this settlement is outlined on the enclosed Consent to Join and Release Form. If some eligible Class or Collective Action Members do not submit consent forms, the amount you receive could be higher than this amount.

Employees who do not send in a Consent to Join and Release Form will **not** receive a payment.

As described below, if the settlement is approved, the lawyers representing the Class and Collective ("Class Counsel") will have their attorneys' fees and litigation costs paid from the Settlement Amount. The remaining Settlement Amount will be distributed to the Class and Collective Members by check.

Checks must be cashed within 120 days of the checks being mailed, or they will be donated to charity.

## 7. HOW DO I RECEIVE SETTLEMENT BENEFITS?

To receive your settlement amount, you must send in the attached Consent to Join and Release Form.

***You should seek the advice of a tax professional if you have questions about the tax implications of this settlement.***

REMAINING IN THE CLASS

## 8. WHAT HAPPENS IF I DO NOTHING?

If you do nothing and you are a Class Member as defined in Question 4 above, (1) you will NOT receive any payment; (2) you will release the state law claims described above; (3) you will be bound by the terms and conditions of the settlement as to your state law claims; and (4) you will give up the right to sue Defendant for your state law claims. You will not release any federal claims under the FLSA, or your right to sue Defendant for federal claims.

## 9. WHAT HAPPENS IF I SEND IN A CONSENT TO JOIN AND RELEASE FORM?

If you send in the attached Consent to Join and Release Form and do not exclude yourself from the Class as described in Question 10 below, (1) you will receive a settlement payment; (2) you will release the federal FLSA and state law claims described above; (3) you will be bound by the terms and conditions of the settlement as to your FLSA and state law claims; and (4) you will give up the right to sue Defendant for your FLSA and state law claims. Should you have any questions about the scope of the release, you may contact Class Counsel at the numbers or addresses listed in Question 13 below.

EXCLUDING YOURSELF FROM THE CLASS AND/ OR OBJECTING

## 10. WHY WOULD I WANT TO BE EXCLUDED FROM THE CLASS?

You do not need to take part in the settlement or be a member of the Class. You can exclude yourself from the settlement by "opting out." If you exclude yourself, you will not get the benefits of the settlement and you cannot object to the settlement. Any Court orders will not apply to you. By excluding yourself, you keep any right to file or proceed with a lawsuit against Defendant regarding the subjects raised in this lawsuit.

If you exclude yourself, you will not be legally bound by the Court's judgments in this case. Similarly, if you wish to start your own lawsuit against Defendant for claims covered by this lawsuit, you must exclude yourself from the Class. Should you do so, you will have to represent yourself or hire and pay your own lawyer for that lawsuit and prove your own claims. If you do exclude yourself so you can start or continue your own lawsuit against Defendant for claims covered by this lawsuit, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations.

## 11. HOW DO I EXCLUDE MYSELF FROM THE CLASS?

If you are a member of the Class and wish to be excluded, you must send in a written request that includes all of the following:

• Your legal name, current address and telephone number;

• The name and number of the lawsuit: *Williams et al. v. U.S. Bank NA*; Case No. 2:12-cv-01907

• A statement, signed personally by you, clearly stating that you want to be excluded from the Class.

All exclusion requests must be mailed to the Settlement Administrator, at the following address:

> Williams v. U.S. Bank Settlement Administrator
> c/o Rust Consulting, Inc. - 4538
> PO Box 2396
> Faribault, MN 55021-9096
> Fax: (877) 418-8083
> Email: info@williamsvusbanksettlement.com

**All exclusion requests MUST be received by February 1, 2015.** The Settlement Administrator will provide all exclusion requests to the Court and both parties' lawyers.

*Any request for exclusion must contain your personal signature which shall indicate to the Court that you wish to be excluded from the Class.* You cannot exclude yourself by phone or by email. Further, if you do not follow these instructions properly, you will lose your right to exclude yourself. There are no exceptions.

**UNLESS YOU PROPERLY SIGN AND MAIL IN A REQUEST FOR EXCLUSION FROM THE CLASS, YOU WILL BE BOUND BY ANY JUDGMENT IN THIS CASE, AND YOU WILL NOT BE PERMITTED TO PURSUE ANY PENDING OR FUTURE LITIGATION REGARDING MATTERS RESOLVED IN THIS SETTLEMENT. SHOULD YOU WISH TO EXCLUDE YOURSELF FROM THIS SETTLEMENT, IT IS IMPORTANT THAT YOU FOLLOW THESE INSTRUCTIONS CAREFULLY.**

## 12. HOW DO I OBJECT TO THE SETTLEMENT?

If you do not like the settlement, but do not want to be excluded from it, you may file an objection to it. This means you can tell the Court that you disagree with the settlement or some of its terms. The Court will consider your views but may approve the settlement anyway.

You can object only if you do not exclude yourself from the Class. If you exclude yourself, you cannot object.

To object, either you or a lawyer of your own choosing must prepare an objection that contains all of the following:

1. Your legal name, current address and telephone number;
2. The name and number of the lawsuit: *Williams et al. v. U.S. Bank NA*; Case No. 2:12-cv-01907
3. A written statement of objections clearly specifying the grounds or reasons for each objection;
4. A statement of whether or not you or your lawyer will ask to appear at the Final Approval Hearing to talk about your objections, and, if so, how long you will need to present your objections; and
5. Copies of documents (if any) you or your lawyer will present at the Final Approval Hearing.

Your objection must be received **no later than February 1, 2015**. Any objection received after that date may be rejected. Objections must be mailed to the Settlement Administrator at the following address:

> Williams v. U.S. Bank Settlement Administrator
> c/o Rust Consulting, Inc. - 4538
> PO Box 2396
> Faribault, MN 55021-9096
> Fax: (877) 418-8083
> Email: info@williamsvusbanksettlement.com

Class Counsel will file all objections with the Court and provide all objections to Defendant's lawyers.

### THE LAWYERS REPRESENTING YOU

## 13. DO I HAVE A LAWYER REPRESENTING MY INTERESTS IN THIS CASE?

Yes. The Court has appointed the following law firm to represent you and other Class and Collective Action Members. These lawyers are referred to as Class Counsel and include:

Matthew C. Helland and Daniel S. Brome of the law firm Nichols Kaster, PLLP. Class Counsel can be reached at the following addresses and numbers:

Nichols Kaster, PLLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Email: dbrome@nka.com
Phone: 1-877-777-0622
Fax: 1-415-277-7238

You will not be charged directly by Class Counsel for their services, but they will ask the Court to award them a fee from the settlement. More information about Class Counsel and their experience is available at the following website: www.nka.com.

You may hire your own attorney, if you wish, however, you will be responsible for any fees and expenses that attorney charges you.

## 14. HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court for reimbursement of their out-of-pocket expenses and an award of attorneys' fees based on their work in this litigation. The amount of attorneys' fees to be awarded will be determined by the Court. Under the terms of the Settlement Agreement and subject to Court approval, Class Counsel can petition the Court for a fee of up to one-quarter (25%) of the total value of the settlement. The total value of the settlement will be between $3,000,000 and $3,250,000.

The Settlement Agreement provides further details on fees and costs payable to Class Counsel, and a copy of the Settlement Agreement may be obtained either from Class Counsel or the Court.

### THE COURT'S FINAL APPROVAL HEARING

## 15. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a Final Approval Hearing on March 18, 2015, at 10:00 a.m. At this hearing, the Court will consider whether or not the Settlement is fair, reasonable, and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

The Hearing will be held before Judge Edmund F. Brennan at the United States Courthouse in Sacramento: 501 I Street, Room 4-200, Sacramento, California 95814.

## 16. DO I NEED TO ATTEND THE HEARING?

No. Class Counsel will answer questions the Court may have, but you may appear at your own expense. If you send a written objection, the Court will consider it. You may also pay your own lawyer to attend the hearing if you desire.

## 17. IF I HIRE MY OWN LAWYER, CAN MY LAWYER APPEAR AT THE FINAL APPROVAL HEARING TO TELL THE COURT ABOUT MY OPINIONS REGARDING THE SETTLEMENT?

Yes. As long as you don't exclude yourself, you have the right to appear through counsel at the Final Approval Hearing. You may also appear without a lawyer and directly tell the Court your opinions about the settlement so long as your Notice of Appearance and any written objections you may have are submitted by February 1, 2015. Note that if you choose to have a lawyer appear on your behalf, the cost of having that lawyer appear will be at your own expense.

### GETTING MORE INFORMATION

## 18. WHERE DO I OBTAIN MORE INFORMATION?

If you want additional information, you may call or write Class Counsel at the address and phone number listed above.

The specific terms of the settlement have also been filed with the Court. You can look at and copy these documents at any time during regular office hours at Clerk of the Court, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. If you have a Public Access to Court Electronic Records ("PACER") account, you may view the documents on the Court's Case Management/Electronic Court Filing website: www.pacer.gov.

# EXHIBIT 3

**IMPORTANT LEGAL MATERIALS**

FOR OFFICIAL USE ONLY

01

Page 1 of 2

*BARCODE39* - <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

## CONSENT TO JOIN AND RELEASE FORM

*Williams et al. v. U.S. Bank NA*
Case No. 2:12-cv-01907
*United States District Court – Eastern District of California*

**To receive payment from this settlement, you must sign and return this form.**

Having reviewed the Notice of Settlement and this Consent to Join and Release Form, and having had an opportunity to confer with Class Counsel and with separate counsel if I so desired, I wish to participate in the settlement of the Lawsuit and I wish to receive payment in the amount of at least $<<ALLOCATED SETTLEMENT AMOUNT>> (the "Settlement Amount"). I understand that the Settlement Amount will come in two payments, one which constitutes payment for alleged wages for tax purposes, and the other which constitutes payment for alleged liquidated damages, interest, and penalties. For the portion allocated as wages, U.S. Bank will withhold all applicable withholding taxes and other amounts required by law.

1. **Settlement:** I was employed by U.S. Bank as a mortgage underwriter. I wish to participate in the settlement of this matter pursuant to the terms of the settlement and this Consent to Join and Release Form.

2. **Release of Claims:** In exchange for payment of the Settlement Amount and by executing this Settlement Approval and Release Form, I hereby waive and release U.S. Bank from any all claims asserted in the Lawsuit. Specifically:

   I hereby waive and release Defendant Releasees from any and all federal claims, obligations, demands, actions, rights, causes of action, and liabilities against Defendant Releasees arising from my employment for U.S. Bank as a Mortgage Underwriter, of whatever kind and nature, character and description, whether known or unknown, and whether anticipated or unanticipated, including claims not yet known or expected to exist, that accrued prior to November 5, 2014, arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201, *et seq.* for any type of relief, including without limitation claims for wages, damages, unpaid costs, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief.

   I also hereby waive and release Defendant Releasees from any and all known and unknown wage and hour claims against Defendant Releasees arising from my employment as a Mortgage Underwriter, including but not limited to all claims for overtime compensation, minimum wages, deductions from pay, meal and rest breaks, penalties and interest under any and all applicable state and local laws, as well as the common law, and any other claims premised upon alleged wage and hour violations, from the beginning of my employment with U.S. Bank as a Mortgage Underwriter through November 5, 2014. This release of claims shall include any and all applicable state law wage and hour claims, obligations, demands, actions, rights, causes of action, and liabilities against Defendant Releasees arising from my employment as a Mortgage Underwriter, of whatever kind and nature, character, and description, whether in law or equity, whether sounding in tort, contract, statute, or other applicable law, whether known or unknown, and whether anticipated or unanticipated, including claims not yet known or suspected to exist, that accrued prior to November 5, 2014 for any type of relief, including without limitation claims for wages, damages, premium pay, unpaid costs, penalties (including late payment penalties), liquidated damages, punitive damages, interest, attorneys' fees, litigation costs, restitution, or equitable relief, based on the following categories of allegations: (a) any and all claims asserted in the Litigation that arise under the law of any state for the failure to pay any type of overtime compensation, minimum wage, or other type of compensation; (b) any and all claims under applicable state





laws for the failure to pay any type of overtime compensation, minimum wage, or other type of compensation; (c) any and all claims under applicable state laws for the failure to provide or pay for meal breaks, and/or rest periods; (d) any and all claims under applicable state laws stemming from or based on the alleged misclassification of Mortgage Underwriters as exempt employees; (e) any and all claims, including without limitation state statutory and common law claims, alleging unlawful imposition, deduction, or chargeback from compensation for expenses or costs under applicable state laws; (f) any and all claims, including without limitation state statutory and common law claims, for failure to reimburse, indemnify, cover or pay for business costs and/or deductions; and (g) all claims for penalties or additional damages which allegedly arise from the claims described in (a) through (g) above under any applicable law. The Released State Law Claims include claims meeting the above definition under any and all applicable statutes, regulations, or common law. The Released State Law claims also includes all benefits and rights of any statute, rule, doctrine, or common law principle of any jurisdiction whatsoever that provides that a general release does not extend to unknown claims, including without limitation any applicable benefits or rights under California Civil Code § 1542, which provides:

**a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

3. **Signature:** By my signature below, I acknowledge that I fully understand and accept the terms of this Release, and I represent that my signature is freely, voluntarily and knowingly given.  By my signature below, I further acknowledge that I have been provided a full opportunity to review and reflect on the terms of this Release and to seek the advice of legal counsel of my choice, which advice I have in fact obtained to my satisfaction.

**Minimum Settlement Payment: $<<ALLOCATED SETTLEMENT AMOUNT>>**

I consent to join the FLSA portion of this Action, and to have Class Counsel represent me in this Action.

Date: _____     _____
                                Signature

                                _____
                                **<<FirstName>> <<LastName>> <<ID#xxxx>>**

**Return to:**

Williams v. U.S. Bank Settlement Administrator
c/o Rust Consulting, Inc. - 4538
PO Box 2396
Faribault, MN 55021-9096
Fax: (877) 418-8083
Email: info@williamsvusbanksettlement.com

WILLIAMS V. U.S. BANK SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING, INC. - 4538
PO BOX 2396
FARIBAULT, MN 55021-9096

## IMPORTANT LEGAL MATERIALS

FOR OFFICIAL USE ONLY

01

Page 1 of 1



*BARCODE39* - <<SequenceNo>>

<<Name 1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <<Zip 10>>
<<CountryName>>

# CHANGE OF ADDRESS FORM

***Williams et al. v. U.S. Bank NA***

Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

**Please complete this form only if you wish to change your name and/or mailing address information.**

Former name and mailing address:

Name (first, middle and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

New name and/or mailing address:

Name (first, middle and last): _____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

I understand that all future correspondence in this action, including but not necessarily limited to important notices or payments to which I am entitled (if any), will be sent to the new address listed above and not to the address previously used. I hereby request and consent to the use of the address listed above for these purposes.

Date: _____

_____
Signature

_____
Print Name

**Return to:**
Williams v. U.S. Bank Settlement Administrator
c/o Rust Consulting, Inc. - 4538
PO Box 2396
Faribault, MN 55021-9096
Fax: (877) 418-8083
Email: info@williamsvusbanksettlement.com


*4538*


C   F



*Williams et al. v. U.S. Bank NA*
Case No. 2:12-cv-01907

*United States District Court – Eastern District of California*

**Notice of Settlement**

**If you worked as a mortgage underwriter for US Bank, <u>you may be entitled to money</u>.**
**A proposed settlement may affect your rights.**

## A U.S. FEDERAL COURT HAS AUTHORIZED THIS NOTICE OF PENDANCY OF A CLASS AND COLLECTIVE ACTION AND NOTICE OF HEARING ON PROPOSED SETTLEMENT

You are receiving this notice because you have been identified as someone potentially eligible to receive money from a proposed class and collective action settlement. The lawsuit was brought by a group of current and former mortgage underwriters ("Plaintiffs") against U.S. Bank ("Defendant"). Please read this letter closely, because your legal rights to recover money for unpaid overtime may be affected by your response.

The Plaintiffs in the lawsuit, entitled Williams, et al. v. U.S. Bank National Association (the "Action"), asserted that U.S. Bank misclassified its mortgage underwriters and failed to pay overtime. The Plaintiffs sought compensation for this unpaid overtime under state and federal law. U.S. Bank has denied, and continues to deny, that its mortgage underwriters are entitled to overtime pay. The Court has not made a determination of the merits of Plaintiffs' claims or Defendant's defenses. Rather than continue to litigate, the Parties have reached agreed to a Stipulation and Settlement Agreement, whereby U.S. Bank has agreed to pay at least $3,000,000 and at most $3,250,000 to resolve this case.

This settlement amount will be distributed to eligible mortgage underwriters based on their individual earnings records and the applicable law. Your settlement offer is included on the enclosed Consent to Join and Release Form.

This settlement amount will be distributed to eligible class and collective action members based on their individual earnings records and the applicable law. Your settlement offer is included on the enclosed Consent to Join and Release Form.

The Court has preliminarily approved the settlement. However, settlement money cannot be distributed until after the Court grants final approval of the settlement.

The Court has certified state law classes for settlement purposes, as well as a Collective Action under federal law. Many individuals have already joined the Collective Action. The Court has approved a limited extension of the time to join the Collective Action for.

- All persons who are or were employed by Defendant in the States of Colorado, Kentucky, or Missouri as mortgage underwriters at any time within three (3) years prior to November 5, 2014 who are, were, or will be classified as exempt from overtime pay under applicable law.

Records produced by U.S. Bank show that you are eligible to join this Collective Action. As a potential member of this Collective Action, your legal rights are affected by this settlement. Please read the following pages carefully.

**A Summary of Your Rights and Choices:**
*Your Legal Rights Are Affected Even If You Do Not Act. Read This Notice Carefully.*

| You May: | Effect of Choosing the Option: | Due Date: |
|---|---|---|
| **Submit the Attached Consent To Join and Release Form** | • You will receive payment.<br>• You will release your federal FLSA and state law claims for unpaid wages, minimum wages, overtime pay, deductions from pay, meal and rest breaks, liquidated damages, penalties, attorneys' fees and costs, and interest from the beginning of your employment as a mortgage underwriter to November 5, 2014, and will be bound by the terms of the settlement as to those claims.<br>• You will give up your right to sue Defendant for any of these state or federal claims that arose from the beginning of your employment to November 5, 2014. | *<u>The Consent to Join and Release Form must be received no later than February 1, 2015</u>* |
| **Do Nothing** | • You will **not** receive payment pursuant to this settlement.<br>• You will **not** release any state or federal law claims brought in this action, and will not be bound by the terms of the settlement as to those claims.<br>• You will **not** give up your right to sue Defendant for any of these state or federal law claims. | *<u>None. You do not need to do anything, but you will not receive a settlement payment under these terms.</u>* |
| **Appear at the Hearing** | • If you return a Consent to Join and Release Form, you can also ask to speak to the Court about the fairness of the state law portion of the Settlement.<br>• You must send written notice of your desire to appear in advance. | *<u>The Written Notice must be received no later than February 1, 2015</u>* |

**Questions? Please call (866) 216-0279**

| WHAT THIS NOTICE CONTAINS |
|---|

## TABLE OF CONTENTS

BASIC INFORMATION.............................................................................................................................2
  1. Why did I get this Notice?............................................................................................................2
  2. What is a Class Action and what is a Collective Action?...........................................................2
  3. What is this case about?................................................................................................................3
  4. Who are the Class and Collective Action Members?..................................................................3
  5. Why is the case being settled?......................................................................................................3
SETTLEMENT BENEFITS AND MY OPTIONS ...............................................................................3
  6. What are the settlement benefits? ...............................................................................................3
  7. How do I receive settlement benefits? ........................................................................................3
REMAINING IN THE CLASS.............................................................................................................3
  8. What happens if I do nothing?.....................................................................................................3
  9. What happens if I send in a Consent to Join and Release Form?...............................................4
EXCLUDING YOURSELF FROM THE CLASS .................................................................................4
  10. Why would I want to be excluded from the Class? ...................................................................4
  11. How do I exclude myself from the Class?..................................................................................4
THE LAWYERS REPRESENTING YOU.............................................................................................4
  12. Do I have a lawyer representing my interests in this case?.......................................................4
  13. How will the lawyers be paid? ..................................................................................................4
THE COURT'S FINAL APPROVAL HEARING.................................................................................5
  14. When and where will the Court decide whether to approve the settlement? ...........................5
  15. Do I need to attend the hearing?...............................................................................................5
GETTING MORE INFORMATION.....................................................................................................5
  16. Where do I obtain more information?........................................................................................5

## BASIC INFORMATION

| 1. WHY DID I GET THIS NOTICE? |
|---|

The Court directed this Notice be sent to you because Defendant's records show that you worked for Defendant as a mortgage underwriter during the applicable statute of limitations. Therefore, you may be entitled to money pursuant to the terms of the settlement.

If you are a member of a class as defined in Question 4 below, this proposed settlement will affect your legal rights. Therefore, it is important that you read this notice carefully. You have choices to make before the Court decides whether or not to approve the Settlement.

| 2. WHAT IS A CLASS ACTION AND WHAT IS A COLLECTIVE ACTION? |
|---|

In a Class action lawsuit, one or more people called "Named Plaintiffs" or "Representative Plaintiffs" sue one or more defendants on behalf of other people who may have similar claims. All these people together are a "Class" or "Class Members." The court can determine whether it will allow a lawsuit to proceed as a class action. In a Class action, one court resolves the common issues for everyone in the Class except for those people who choose to exclude themselves from the Class. This Class action was brought under state law.

In a collective action lawsuit, one or more people called "Named Plaintiffs" or "Representative Plaintiffs" sue one or more defendants on behalf of other people who may have similar claims. In order to join a collective action, a person must submit a consent form. All the people who submit consent forms are together considered part of the "Collective Action." The court can determine whether it will allow a lawsuit to proceed as a collective action. In a collective action, one court resolves common issues for everyone in the Collective Action. Collective actions are brought under the federal Fair Labor Standards Act.

### 3.  WHAT IS THIS CASE ABOUT?

The lawsuit alleges that Defendant violated the FLSA and various state laws by failing to pay mortgage underwriters overtime.  Defendant has denied these allegations but has agreed to settle the case.

The Plaintiffs and Defendant have reached a settlement in this case.  The Court has not ruled on the merits of Plaintiffs' claims or on Defendant's defenses.  Rather, the Court has simply certified the Class and Collective Action for settlement purposes and tentatively approved the proposed settlement.

### 4.  WHO ARE THE CLASS AND COLLECTIVE ACTION MEMBERS?

According to records produced by U.S. Bank, you are entitled to join the Collective Action and receive benefits from settlement.  The Court has defined the Collective as follows.

- All persons who are or were employed as mortgage underwriters by Defendant at any time within three (3) years prior to the date of the filing of this Complaint through the date of final disposition of this action who were, are, or will be classified as exempt from overtime pay under applicable law.

If you wish to join this Collective Action and receive payment under this settlement, you must send in the enclosed Consent to Join and Release Form.  If you do not send in the enclosed Consent to Join and Release Form you will not receive any settlement payment.

The Court has also approved Classes of mortgage underwriters pursuant to the state laws of California, Minnesota, North Dakota, and Ohio.

### 5.  WHY IS THE CASE BEING SETTLED?

This matter is being settled because both sides have agreed to a settlement of this case to avoid the costs and risks of trial.

## SETTLEMENT BENEFITS AND MY OPTIONS

### 6.  WHAT ARE THE SETTLEMENT BENEFITS?

The Settlement Agreement, if approved, provides monetary benefits to the Class and Collective Action members.  Employees who send in a Consent Form will receive a *pro rata* payment based on their individual earnings records during the applicable statutory period. The minimum amount that you would receive under this settlement is outlined on the enclosed Consent to Join and Release Form. If some people who are eligible to participate in the settlement do not submit consent forms, the amount you receive could be higher.

Employees who do not send in a Consent to Join and Release Form will **not** receive a payment.

As described below, if the settlement is approved, the lawyers representing the Class and Collective ("Class Counsel") will have their attorneys' fees and litigation costs paid from the Settlement Amount.  The remaining Settlement Amount will be distributed to the Class and Collective Members by check.

Checks must be cashed within 120 days of the checks being mailed, or they will be donated to charity.

### 7.  HOW DO I RECEIVE SETTLEMENT BENEFITS?

To receive your settlement payment, you must send in the attached Consent to Join and Release Form.

***You should seek the advice of a tax professional if you have questions about the tax implications of this settlement.***

## REMAINING IN THE CLASS

### 8.  WHAT HAPPENS IF I DO NOTHING?

If you are eligible to join the Collective Action and you do nothing, (1) you will NOT receive any payment; (2) you will **not** release the state or federal law claims described above; (3) you will **not** be bound by the terms and conditions of the settlement; and (4) you will **not** give up the right to sue Defendant.

If you do not submit a Consent Form, and wish to bring your own lawsuit against Defendant for federal claims, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations.Should you have any questions about the scope of the release, you may contact Class Counsel at the numbers or addresses listed in Question 13 below

## 9.  WHAT HAPPENS IF I SEND IN A CONSENT TO JOIN AND RELEASE FORM?

If you send in the attached Consent to Join and Release Form and do not exclude yourself from the Class as described in Question 10 below, (1) you will receive a settlement payment; (2) you will release the federal FLSA and state law claims described above; (3) you will be bound by the terms and conditions of the settlement as to your FLSA and state law claims; and (4) you will give up the right to sue Defendant for your FLSA and state law claims.  Should you have any questions about the scope of the release, you may contact Class Counsel at the numbers or addresses listed in Question 13 below.

### EXCLUDING YOURSELF FROM THE CLASS

## 10.  WHY WOULD I WANT TO BE EXCLUDED FROM THE CLASS?

You do not need to take part in the settlement or be a member of the Class.  You can exclude yourself from the settlement by deciding not to return a Consent to Join and Release Form.  If you exclude yourself, you will not get the benefits of the settlement and you cannot object to the settlement.  Any Court orders will not apply to you.  By excluding yourself, you keep any right to file or proceed with a lawsuit against Defendant regarding the subjects raised in this lawsuit.

If you do not return a Consent to Join and Release Form, you will not be legally bound by the Court's judgments in this case.  Similarly, if you wish to start your own lawsuit against Defendant for claims covered by this lawsuit, you must exclude yourself from the Class.  Should you do so, you will have to represent yourself or hire and pay your own lawyer for that lawsuit and prove your own claims.  If you decide not to return a Consent to Join and Release Form so you can start or continue your own lawuit against Defendant for claims covered by this lawsuit, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations.

## 11.  HOW DO I EXCLUDE MYSELF FROM THE CLASS?

If you are eligible to join the Collective Action and wish to be excluded, you do not need to do anything.  You will be excluded if you fail to return a Consent to Join and Release Form:

### THE LAWYERS REPRESENTING YOU

## 12.  DO I HAVE A LAWYER REPRESENTING MY INTERESTS IN THIS CASE?

Yes.  The Court has appointed the following law firm to represent you and other Class and Collective Members.  These lawyers are referred to as Class Counsel and include:

Matthew C. Helland and Daniel S. Brome of the law firm Nichols Kaster, PLLP.  Class Counsel can be reached at the following addresses and numbers:

> Nichols Kaster, PLLP
> One Embarcadero Center, Suite 720
> San Francisco, CA 94111
> Email: dbrome@nka.com
> Phone: 1-877-777-0622
> Fax: 1-415-277-7238

You will not be charged directly by Class Counsel for their services, but they will ask the Court to award them a fee from the settlement.  More information about Class Counsel and their experience is available at the following website: www.nka.com.

You may hire your own attorney, if you wish, however, you will be responsible for any fees and expenses that attorney charges you.

## 13.  HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court for reimbursement of their out-of-pocket expenses and an award of attorneys' fees based on their work in this litigation.  The amount of attorneys' fees to be awarded will be determined by the Court.  Under the terms of the Settlement Agreement and subject to Court approval, Class Counsel can petition the Court for a fee of up to one-quarter (25%) of the total value of the settlement.  The total value of the settlement will be between $3,000,000 and $3,250,000.

The Settlement Agreement provides further details on fees and costs payable to Class Counsel, and a copy of the Settlement Agreement may be obtained either from Class Counsel or the Court.

## THE COURT'S FINAL APPROVAL HEARING

### 14. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a Final Approval Hearing on March 18, 2015, at 10:00 a.m.  At this hearing, the Court will consider whether or not the Settlement is fair, reasonable, and adequate.  If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing.  After the hearing, the Court will decide whether or not to approve the Settlement.

The Hearing will be held before Judge Edmund F. Brennan at the United States Courthouse in Sacramento: 501 I Street, Room 4-200, Sacramento, California 95814.

### 15. DO I NEED TO ATTEND THE HEARING?

No.  Class Counsel will answer questions the Court may have, but you may appear at your own expense.  If you send a written objection, the Court will consider it.  You may also pay your own lawyer to attend the hearing if you desire.

## GETTING MORE INFORMATION

### 16. WHERE DO I OBTAIN MORE INFORMATION?

If you want additional information, you may call or write Class Counsel at the address and phone number listed above.

The specific terms of the settlement have also been filed with the Court.  You can look at and copy these documents at any time during regular office hours at Clerk of the Court, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  If you have a Public Access to Court Electronic Records ("PACER") account, you may view the documents on the Court's Case Management/Electronic Court Filing website: www.pacer.gov.