UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN WILLIAMS, SANDRA ADAMS, LISA CRAWFORD, DEBRA DUDLEY, KENNETH FREESTONE, CONNIE LEITING, MARIO MORA, JAMIE NOONAN-SILVA, KIMBERLY SEYMOUR, ERIC LUNN, VICTORIA CARLSON, and ALISON ANDREASON individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | No. 2:12-cv-01907-EFB<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:　　March 18, 2015<br>Time:　　10:00 a.m.<br>Room:　　8, 13th Floor |

Plaintiffs' Motion for Final Settlement Approval came before the Court on March 18, 2015. Defendant did not oppose the Motion. Based on the pleadings, papers, and arguments of counsel, and for the reasons stated on the record, the Court hereby grants the Motion in full.

IT IS THEREFORE ORDERED as follows:

1. The Court finds that the Settlement, as set forth in the Joint Stipulation of Settlement and Release (hereinafter "Settlement Agreement") executed by the parties, is fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23(e)(2), under applicable federal laws, including the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.,* and state laws, including the Minnesota Fair Labor Standards Act (Minnesota Stat. § 177.25 *et. Seq.*), the Ohio Minimum Wage Fair Wage Standards Act (Ohio Rev. Code Ann. § 4111.01 *et. Seq.*), North Dakota Overtime Law (N.D. Admin. Code §46-02-07-02(4)), California Labor Code §§ 510, 1194, and 1198.

2. The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the Settlement Amount established pursuant to the Settlement Agreement.

3. The Settlement is HEREBY APPROVED in its entirety.

4. The payments out of the Settlement Fund shall be disbursed in accordance with the Settlement Agreement.

5. As provided in the Settlement Agreement, Rule 23 Class Members who did not return consent to join and release of claims forms will be bound by the Rule 23 class release, dismissed with prejudice and will not be entitled to a distribution under the Settlement Agreement.

6. This action is hereby DISMISSED WITH PREJUDICE with each party to bear their own attorneys' fees, expenses and costs except as set forth in the Settlement Agreement.

Dated: March 19, 2015.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-1-

- [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT